**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

THE POND GUY, INC., a Michigan corporation, and
JASON G. BLAKE d/b/a The Pond Guy, a Michigan
resident,

    Plaintiffs,

v.

AQUASCAPE DESIGNS, INC., an Illinois
corporation, and GREGORY G. WITTSTOCK,
an Illinois resident,

    Defendants.

Case No. 2:13-cv-13229-NGE-DRG

---

JESSICA B. ALLMAND (P59128)
EARL R. JOHNSON (P70359)
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103
(248) 642-3700 / (248) 642-7791 fax
*jallmand@dmms.com*
*ejohnson@dmms.com*
Attorneys for Plaintiffs

KYLE R. DUFRANE (P58809)
Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6529 / (313) 568-6658 fax
*kdufrane@dykema.com*
Attorneys for Defendants

---

## INDEX OF EXHIBITS

**Plaintiffs' Motion for Preliminary Injunction**

| Exhibit | Document |
|---|---|
| 1 | October 5, 2013, Defendants' advertisement during the ESPN television program "College Game Day" |
| 2 | November 6, 2013 Affidavit of Jason Blake |
| 3 | May 20, 1998 domain name www.thepondguy.com |
| 4 | January 18, 2000 incorporation of The Pond Guy |
| 5 | March 4, 2003 The Pond Guy® trademark registration |
| 6 | "Our Company" from Aquascape Designs, Inc.'s website |

| | |
|---|---|
| 7 | Wittstock's blog:  "What Are Your Business' Consistent and Repeatable Marketing Messages" |
| 8 | Example of one of the "Google searchable Facebook Notes" discussed by Wittstock |
| 9 | Wittstock's blog:  "Put the Ben's Before the Benjamin's" |
| 10 | Wittstock's blog:  "Greg Wittstock, The Pond Guy, of Aquascape Invites You to…" |
| 11 | Link:  www.youtube.com/watch?v=jfBbu_S3pq8&feature=youtu.be |
| 12 | Posts in *Inc. Magazine* |
| 13 | Wittstock's blog:  "The Pond Guys, Animal Planet & You!" |
| 14 | "Pond Guys Peer Group" booklet |
| 15 | "Winter Water Garden Workshop and Bootcamp 2013 Review" |
| 16 | Warm Springs Productions' Intent-To-Use Trademark Application |
| 17 | Plaintiffs' Opposition to Intent-To-Use Trademark Application |
| 18 | U.S. Patent & Trademark Office Action |
| 19 | fullserviceaquatics.com author review of the Winter Water Garden Workshop and Bootcamp 2013 |
| 20 | fullserviceaquatics.com author review of Pondemonium 2013 |
| 21 | August 30, 2001 and November 23, 2005 cease and desist letters to Defendants |
| 22 | *J.G. Wentworth, S.S.C. Ltd. P'ship v. Settlement Funding LLC*, No. 06-0597, 2007 U.S. Dist. LEXIS 288, at *13, 17 (E.D. Pa. Jan. 4, 2007), unpublished opinion |