# Index of Exhibits

Deposition Transcript of Jason Blake, March 27, 2014……………………………..1

Application for Trademark Registration, August 5, 1999….. ……………………..2

Trademark/Service Mark Application, October 1, 1999………………….…..…..3

Michigan DLEG printout……………………………………………………….…………..4

Letter from Luedtke to Blake, January 24, 2000…………………………………….5

Letter from Examining Attorney, January 22, 2001…………………….………….6

Letter from Aquascape to USPTO, July 23, 2001………………..………..………..7

Letter from Joseph Nabor to TPG, August 17, 2001……………………………….8

Letter from Remy VanOphem to Nabor, August 30, 2001…………………….9

Service Mark Registration, March 4, 2003……………………………………….…..10

Deposition Transcript of Gregory Wittstock, April 11, 2014……….…...………11

"Building a Marketing Juggernaut," November 1, 2003…………………….12

Deposition Transcript of Jeffrey Payton, April 10, 2014…………………………13

Application for Registration, July 1, 2003……………………………………….…..14

USPTO Office Action……………………………………………….…...…………………15

Letter from Janet Stiven to USPTO, May 17, 2004……………………….…..…..16

USPTO Final Office Action…………………………………………………….………..17

Winter 2006 "The Aquascaper," for Contractors and Retailers...………...……18

Letter from Blake to Luedtke, November 23, 2005…………………………...…..19

{36690/1/DT852130.DOC;2}

1995 "Professional Water Gardening Catalog". ...................................................20

Aquascape Reflections.............................................................................21

1997 Catalog, "Products for the Professional Builder"....................................22

Excerpt of 1998 Wholesale Only Catalog, "Professional Pond Kits"................23

Summary of Branded Products................................................................24

Article "Amphibious Assault," December 15, 2009.....................................25

Excerpt from 2013 Shopatron Pricing and Program Guide............................26

Email from Aquascape to Wholesalers, January 18, 2012..............................27

List of Facebook Business Pages..............................................................28

List of Social Media Accounts.................................................................29

Printout of Greg Wittstock, The Pond Guy Facebook Page............................30

Printout of The Pond Guys Facebook Page.................................................31

"2013 Water Garden Products Catalog"....................................................32

Expert Report of Doug Bania, March 14, 2014...........................................33

Deposition Transcript of Douglas Bania, March 28, 2014..............................34

College Game Day Advertisement, October 5, 2013....................................35

"Intro to Facebook Social Media, The Pond Guy, Greg Wittstock, Aquascape, Inc., St. Charles, IL," ..............................................................................36

"The Most Important Blog I've Ever Written"............................................37

"Social Media Mania".............................................................................38

"2014 Water Gardening Catalog" ............................................................39

"2014 the Defining Year for the Industry, Aquascape and You!"....................40

Affidavit of Actual Confusion, March 17, 2014........................................41

Facebook Post, April 10, 2014....................................................…....42

Recording of Voicemail from Bob Locker, April 17, 2014..........................43

Affidavit of Actual Confusion, April 29, 2014……………....……………….44

Notice of Opposition, July 17, 2013…………………………………….…..45

Email from Wittstock to Blake, July 24, 2013………………….....………..46

Email from Wittstock, October 23, 2013……………………………....…..47

Email from Gary Wittstock, October 23, 2013………………………….....48

Email from Michelle Kurschner, October 23, 2013…....…………………..49

Email from Dave Kelly, October 23, 2013……………………………....…..50

Correspondence regarding Abandonment of Application...………………….51

Sizzle Reel and Cover…………………………………………………..…...52

Pond Stars Are Coming To The Nat-Geo Wild Network in 2014," March 24, 2014…………………………………………………………………………..53

Proposed Order……………………………………………………………....54