# EXHIBIT 34

# *In The Matter Of:*

*The Pond Guy v. Aquascape Designs*

*Douglas Bania*

*March 28, 2014*



CR +V
Carroll
Court Reporting and Video

Douglas Bania
March 28, 2014

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


THE POND GUY, INC., a Michigan

corporation, and JASON G. BLAKE,

d/b/a The Pond Guy, a Michigan resident,


                    Plaintiffs:

     -vs-                      No. 2:13-cv-13229-NGE-DRG


AQUASCAPE DESIGNS, INC., an

Illinois corporation, and GREGORY G.

WITTSTOCK, an Illinois resident,


                    Defendants:

_____/

                    The Deposition of DOUGLAS BANIA,

taken before Ann Marie Myers-Boothe, a Certified

Shorthand Reporter in and for the County of Macomb,

State of Michigan, in the offices of DYKEMA GOSSETT,

PLLC, 400 Renaissance Center, 23rd Floor, Detroit,

Michigan, on Friday, the 28th Day of March, 2014, at

9:00 a.m.


APPEARANCES:

                    KERR RUSSELL & WEBER, PLC,

                    Attorneys at Law

                    500 Woodward Avenue, Suite 2500

                    Detroit, Michigan  48226

                    BY:  JACQUELYN A. KLIMA, ESQ.

                    Appearing on behalf of the Plaintiffs:

Douglas Bania
March 28, 2014

Page 2

1  APPEARANCES (continued):
2
3  DYKEMA GOSSETT, PLLC,
   Attorneys at Law
   400 Renaissance Center
4  Detroit, Michigan 48243
   BY: ALLAN GABRIEL, ESQ.
5  DAVID J. BRESSLER, ESQ.
6  Appearing on behalf of the Defendants:
7  ALSO PRESENT: Jason G. Blake
   Jeff Payton
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              I N D E X
2
3     WITNESS: DOUGLAS BANIA
4  EXAMINATION BY MR. GABRIEL            4
5  EXAMINATION BY MS. KLIMA            102
6  RE-EXAMINATION BY MR. GABRIEL       103
7
8
9           E X H I B I T S
10  DEPOSITION EXHIBIT 5                4
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              Detroit, Michigan
2              Friday, March 28, 2014
3              9:00 a.m.
4
5
6   ***        ***        ***
7
8              DOUGLAS BANIA
9
10  Being first duly sworn to tell the truth, the
11  whole truth, and nothing but the truth, testified
12  as follows:
13
14     (WHEREUPON DEPOSITION EXHIBIT 5
15      MARKED BY THE COURT REPORTER)
16
17          EXAMINATION
18  BY MR. GABRIEL:
19  Q  Could you state your full name for the record.
20  A  Douglas Bania.
21  Q  Mr. Bania, my name is Allan Gabriel.  I represent
22  Aquascape Designs, Inc. and Gregory W. Wittstock in
23  the lawsuit where the plaintiff is The Pond Guy,
24  Inc. and Jason G. Blake.  That lawsuit is presently
25  pending here in Michigan.

Page 5

1              I understand you have been
2   retained as an expert to present opinions in this
3   matter, is that correct?
4   A  Correct.
5   Q  I take it you have been deposed before?
6   A  Yes.
7   Q  Do you feel it is necessary for me to go through
8      the explanation of how a deposition operates in
9      terms of questions and answers, objections, that
10     general information?  I'm happy to do it.
11  A  No, that's fine.
12  Q  The one thing I would ask you is -- and this is an
13     admonition to myself as well -- try to speak
14     clearly and loud enough for the court reporter to
15     transcribe what you say.
16            Even though I know many times
17  you will anticipate where the question is going,
18  let me finish the question and then you can start
19  your answer.  If not, the transcript will have
20  interruptions all over the place.
21            You understand all of that,
22  correct.
23  A  Understood.
24  Q  Finally, it's not my intention to mislead you or
25  confuse you.  So if you don't understand my

2  (Pages 2 to 5)

Douglas Bania
March 28, 2014

| Page 6 |
| --- |

1    question, let me know.  I think we all have a joint
2    interest in your best testimony and precision so
3    the record is clear.
4              You understand all that,
5    Mr. Bania?
6    A  Yes.
7    Q  Let's go into a little bit of your background here,
8    please.
9              First of all, the reporter has
10   marked as Exhibit 5 a document I am passing over to
11   you.
12             Can you look at it and tell me
13   what that document is?
14   A  Yes.  This is the expert report that I submitted on
15   March 14, 2014.
16   Q  Within the report are your opinions, information
17   about you, back up for your opinions.  And this is
18   the only report that you have prepared in
19   connection with this case, is that correct?
20   A  Yes.
21   Q  All right.  In one of the pages -- and I don't
22   think the pages are numbered, are they?
23   A  Upper left.
24   Q  That's why I can't find it.
25             Turn to the page that lists

| Page 7 |
| --- |

1    your experience, please.
2    A  Page 35.
3    Q  Perfect.  35 is your listing of category that you
4    call Expert Witness Experience.  And what is
5    contained within that list?
6    A  These are projects that I was hired and named the
7    expert on.
8    Q  They include in this list those that you did a
9    report in, those where you testified in a
10   deposition, is that correct?
11   A  Yes.
12   Q  And in any of these matters did you testify at
13   trial?
14   A  No.
15   Q  Let me just take several of them and ask you some
16   questions about them.
17             First of all, can you tell me
18   which ones involve trademarks?
19   A  The Rawlings Sporting Goods.  The Rebel Media, No
20   Good Entertainment.  That's it.
21   Q  With respect to the two that you identified, in
22   each one of those you drafted and provided expert
23   opinion but were not deposed and did not testify at
24   trial, is that correct?
25             I'm just reading what it says

| Page 8 |
| --- |

1    there.
2    A  Correct.  I am just making sure you are correct.
3    And yes, you are correct.
4    Q  Both of those are dated 2013.  So can you tell me a
5    little about the Rawlings Sporting Goods Company
6    versus Wilson Sporting Goods Company and what the
7    trademark issues were in that case?
8    A  Yes.  I was working for Rawlings.  And Wilson was
9    misusing one of their trademarks.
10   Q  What trademark?
11   A  I don't know if I can get into the details of that,
12   but it was a trademark that was owned by Rawlings
13   Sporting Goods Company.
14   Q  There was an infringement claim in that case?
15   A  Yes.
16   Q  What was the subject matter of your opinion; what
17   were you rendering your opinion on?
18   A  I was rendering opinion on damages.
19   Q  So your analysis in trademark infringement case
20   involving Rawlings and Wilson related to coming up
21   with an expert report opinion as to the amount of
22   damages?
23   A  That's correct.
24   Q  All right.  In connection with the work you did on
25   that case, did any of the work you did in

| Page 9 |
| --- |

1    calculating damages relate to any issue having to
2    do with the Internet?
3    A  Yes, it did.
4    Q  In what manner?
5    A  The use of -- the misuse of the alleged misuse of
6    the trademark was used on field, but it was also
7    used in social media and on the Internet.
8    Q  In that case did your opinion insofar as it related
9    to an amount of damage take into account anything
10   having to do with the use of the trademark on the
11   Internet?
12   A  Yes, it did.
13   Q  In what fashion?
14   A  It just used -- the alleged misuse, I was
15   calculating the impressions and the amount of
16   misuse on the Internet.
17   Q  Did you translate that into lost sales of the
18   plaintiff or lost opportunities; how did it relate
19   to the damage analysis you did?
20   A  This case did settle, so I was not deposed.  And I
21   don't even know if a final report was ever
22   delivered.  So I can't get into all the details of
23   the specifics of my opinion and the approach to
24   calculating damages.  I don't know if I'm allowed
25   to do so.

3  (Pages 6 to 9)

Douglas Bania
March 28, 2014

### Page 10

1  Q  Let me clarify.
2        Did you submit an expert
3  report in that case?
4  A  I did not.
5  Q  When you list the fact that you list as an expert
6  opinion something you did in the Rawlings Sporting
7  Goods Company versus Wilson Sporting Goods Case,
8  you did some work, some analysis, but you never
9  finalized nor submitted an expert report, is that
10 correct?
11 A  That's correct.
12 Q  What you testified to earlier about taking into
13 consideration impressions is something you were
14 doing while you were considering preparing the
15 ultimate report which never was actually produced,
16 is that right?
17 A  That's correct.  I was the named expert on the
18 project working on the report, working with the
19 attorneys.  It settled before the report was due.
20 Q  Rubble Media versus No Goods Digital.  What was the
21 trade -- strike that.
22        Did you submit a completed
23 report that was provided to the other side in that
24 case?
25 A  No.

### Page 11

1  Q  What was the trademark at issue?  And I am only
2  asking to the extent it was in the pleadings filed
3  in court.  Presumably there was something in court.
4  I don't want you to reveal confidential information
5  related to your work.
6  A  This was related to a YouTube channel.  It was a
7  dispute over the name of the channel.
8  Q  What was the name of the channel?
9  A  The name of the channel -- I'm not sure how much,
10 because this again is confidential.  I did not
11 submit a report.
12 Q  You didn't render any opinions in connection with
13 that case, is that correct?
14 A  I worked with the attorneys.  And again, before the
15 report was due, the case settled.
16 Q  No opinions were provided to the other side in that
17 case, right?
18 A  I don't know that.  I don't know.
19 Q  So you don't know if your expert report was
20 completed?
21 A  I know my report wasn't completed.  I don't know if
22 my attorney while negotiating the deal used the
23 fact that they hired me, the information that I
24 provided to help them settle the case.  I don't
25 want to assume that that was voiced to the other

### Page 12

1  side.  So I don't know for a fact.
2  Q  So we just talked about the two cases you
3  identified as trademark cases.  Let me ask about
4  the others you have listed here on page 35.
5        In any of them, did you render
6  an opinion that analyzed issues relating to the
7  Internet at all?
8  A  Yes.
9  Q  Which ones?
10 A  The Julia Child Foundation case is a rights of
11 publicity case.  It was an alleged misuse of Julia
12 Child's name and likeness in an advertising
13 campaign and on a blog and on facebook and
14 throughout the Internet.
15 Q  Any other one?
16 A  David Wolfe versus Sunfood is a rights of publicity
17 case.  This was a misuse of name and likeness on
18 product packaging but also Internet sales.
19 Q  Any other one?
20 A  Brady versus Waxie is a copyright infringement case
21 that dealt strictly with the Internet.
22 Q  Keep going.  I want to get the list.
23 A  That's it.
24 Q  So let's take the Julia Child case.
25        Did you submit a completed

### Page 13

1  expert report that was provided to the other side
2  in that case?
3  A  Yes.  That's state court, so it wasn't a Rule 26
4  report.  But I provided -- for my deposition I did
5  provide a written Power Point presentation.
6  Q  The Julia Child case is listed as a district court
7  case.  That is what I am asking you about.  Is that
8  incorrect?
9  A  I don't know if that is incorrect.  My memory of
10 the deposition in the final work product wasn't a
11 typical Rule 26 style report.  I don't know if that
12 was a decision of the attorney or I could have
13 misstated it here.
14        But I did submit a report, as
15 far as I remember.  I don't remember it being a
16 Rule 26 report.
17 Q  You were deposed in that case?
18 A  That's correct.
19 Q  And who was the lawyer for the plaintiff in that
20 case?
21 A  The lawyer for the plaintiff in the case -- I was
22 working for the defendant, DGWD Advertising, from
23 the Sedjuwick (Phonetics) firm.  And the
24 plaintiffs' attorney, I don't recall.
25 Q  So can you describe the nature of the work you did

4  (Pages 10 to 13)

Douglas Bania
March 28, 2014

## Page 14

1  in the Julia Child case, the right of publicity
2  case on behalf of the defendant? What was the
3  nature of the opinions you rendered?
4  A  As much as publicly available, the ultimate client
5  was Thermador. Thermador makes major appliances,
6  you know.
7        Thermador used Ms. Child's
8  name and likeness in a historical perspective.
9  Used her image and used her actual name in some
10  blogging and some advertising on the Internet and
11  some social media.
12        And I was hired to calculate
13  the fair value for using that, the name and
14  likeness in those various ways.
15  Q  You were looking for some incremental value
16  attributable to the use of her name, image and
17  likeness in some advertising and promotions done by
18  the defendant?
19  A  How do you define incremental value?
20  Q  Tell me the methodology you used that involved the
21  Internet in connection with that issue.
22  A  I don't know if I can share that with you.
23  Q  Why not?
24  A  I don't know if I could share a report that is not
25  publicly available.

## Page 15

1  Q  All right. And was that report produced in that
2  case?
3  A  As far as I know, yes.
4  Q  What is the conclusion that you reached?
5  A  I came up with the economic benefit that Thermador
6  received from the use of the name and likeness in
7  the various ways.
8  Q  What type of analysis did you use to quantify the
9  impact of any Internet activity undertaken by the
10  plaintiff?
11  A  A general answer is using the market approach.
12  Q  What do you mean by that?
13  A  The market approach, just like in real estate, what
14  does similar assets sell for or license for in this
15  case?
16        So I was hired to build a
17  hypothetical license in which Thermador was a
18  willing buyer and Julia Child was a willing seller.
19  So try to think of that as fair market value. You
20  have a willing buyer, willing seller. Typically in
21  the litigation context it is more of a fair value,
22  because it's a forced transaction.
23  Q  You did some reasonable royalty hypothetical
24  negotiation approach, is that correct?
25  A  No.

## Page 16

1  Q  Didn't you look at other license personalities to
2  come up with some bench marks?
3  A  I did.
4  Q  And you use that approach to come up with an amount
5  that would theoretically compensate the plaintiff
6  for its use based upon analagous situations where
7  rights of publicity had been licensed?
8  A  My market approach and my comparables showed how it
9  was not similar. So I did not use that approach.
10  Q  When you say you showed it was not similar, it was
11  worth less than --
12  A  I can't reveal the worth.
13  Q  Did you do any analysis of the impact of the use of
14  Julia Child's image and likeness in sales?
15  A  I did not.
16  Q  So you were coming up with a value for her right of
17  publicity, is that correct?
18  A  For her right of publicity used in this way.
19  Q  And that analysis was not an analysis of the impact
20  of the use of her name, image and likeness on the
21  Internet; you didn't do that analysis, right?
22  A  Repeat that.
23  Q  The analysis that you did did not involve reviewing
24  all uses of Julia Child on the Internet by the
25  defendant and coming up with some analysis of what

## Page 17

1  value that had to the plaintiff?
2  A  I exactly did that.
3  Q  You looked at the use on the Internet to come up
4  with what the fair license value would be?
5  A  That's correct.
6  Q  What kind of metrics did you look at?
7  A  You know, I had access to the use. So I had access
8  to the Google Analytics and how it was used, the
9  traffic. I had access to the back end of facebook
10  to understand how many people looked at it, liked
11  it, shared it.
12        So it was more of an Internet
13  base use, which is not typically written in a
14  license agreement.
15  Q  So you came up with a valuation based upon Internet
16  use, as opposed to a comparative valuation of what
17  is the value of other celebrities' images and the
18  licensed value of other circumstances; is that a
19  fair statement?
20  A  Yes.
21  Q  And there was no trademark claim in that case,
22  right?
23  A  I don't know. I was not asked to look at
24  trademark.
25  Q  You opined only in connection with the damage

5  (Pages 14 to 17)

Douglas Bania
March 28, 2014

Page 18

1   analysis related to right of publicity in that
2   case, right?
3   A  Yes.
4   Q  I think you said David Wolfe versus Sunfood -- by
5      the way, when you say 2013, what does that mean?
6      That you issued the report in 2013; were deposed in
7      2013?
8   A  I was hired in 2013.
9   Q  The David Wolfe case is another one.  That is
10     Superior Court in San Diego.
11             You said it was a right of
12     publicity case.  Whose right of publicity?
13  A  David Wolfe's.
14  Q  Who is David Wolfe?
15  A  He is a raw food person.
16  Q  Which side did you provide an expert report for in
17     that case?
18  A  Sunfood.
19  Q  The defendant, which was, I take it, accused of
20     misappropriating the right of publicity of
21     Mr. Wolfe, is that correct?
22  A  Yes.
23  Q  What type of analysis did you do in that case?
24  A  That analysis I did look at unjust enrichment for
25     my client, Sunfood.  I did not look at lost profits

Page 19

1   for Mr. Wolfe because I did not have access to the
2   financials.
3             Again, because it was Internet
4   related as well, I had to look at the various ways
5   that it was used on the Internet.  So not only
6   David Wolfe's name and likeness on product
7   packaging, but the use on the website.
8   Q  Did you come up with a damages opinion with an
9      actual number in that case?
10  A  I came up with a damages opinion, yes.
11  Q  That took into account -- strike that.
12             Your amount was related to the
13     allegation that the defendant was unjustly
14     enriched; and you opined on that amount, is that
15     correct?
16  A  I didn't say my opinion said that my client was
17     unjustly enriched.  I took that approach to
18     determine whether that was true or not.
19  Q  When you say you took that approach, you were
20     analyzing that issue, is that correct?
21  A  That's correct.
22  Q  You were coming up with a number, whether it was
23     zero or anything else, that related to an opinion
24     about to what extent, if any, your client was
25     unjustly enriched as a result of the use, whatever

Page 20

1   use was at issue in that case, right?
2   A  Yes.
3   Q  My question is did you actually come up with a
4      number, whether it was zero or something else, was
5      that part of your opinion?
6   A  Yes.
7   Q  I am juxtaposing that with here; you are not
8      opposing a number in this report, right?
9   A  Yes.
10  Q  I think the other you identified as having
11     something to do with the Internet was Brady.  You
12     said that was a copyright infringement case?
13  A  Yes.
14  Q  What was the copyright infringement claim with
15     Brady?
16  A  The claim was that my client, Brady, used some of
17     Waxie's copyrighted marketing material on their
18     website.
19  Q  What type of marketing material?  I assume in some
20     pleading in this case that the answer to that
21     question appears.  If you think it didn't and you
22     believe you can't answer it, then you won't answer
23     it.
24             My question is what type of
25     material?

Page 21

1   A  It was marketing material.  It was part of Waxie's
2      product catalog.  Allegedly Brady took some of that
3      copyrighted material and posted it on their
4      website.
5   Q  Was it photographs or text?
6   A  Text.
7   Q  And what was the nature of the opinion that you
8      rendered in that case; what were you opining on?
9   A  I was opining on damages.
10  Q  And in connection with that, you made some
11     assumption that there was liability for purposes of
12     your calculation, is that correct?
13  A  I don't understand.
14  Q  You didn't opine on liability, did you?
15  A  That's a legal opinion?
16  Q  Right.  You didn't do that?
17  A  Absolutely not.
18  Q  You were opining on damages in the sense that in
19     the event there was a finding of liability, you
20     were offering an opinion as to what, if any,
21     damages there were, right?
22  A  Yes.
23  Q  And in connection with that issue, were you opining
24     on statutory damages or lost profits; what was the
25     nature of your analysis?

6  (Pages 18 to 21)

Douglas Bania
March 28, 2014

## Page 22

1  A  I was in this case looking for unjust enrichment.
2  Q  And that would be the benefit to the defendant, if
3     any, in connection with the alleged activity, is
4     that what you mean?
5  A  Yes.
6  Q  And what did that analysis have to do with the
7     Internet in terms of coming up with your opinions
8     in that case?
9  A  Because the alleged copyright infringement was used
10    online, therefore, I needed to make a connection
11    between the alleged copyrights that were used
12    online and sales.
13 Q  And so you rendered an opinion making that
14    connection?
15 A  I am not saying there was a connection.  But I
16    analyzed that situation.
17 Q  So what is the status of that case today?
18 A  I believe that case is still going.
19 Q  You submitted a report that went to the other side
20    in that case, is that correct?
21 A  That's correct.
22 Q  Are you aware of any proceedings in that case where
23    any of what you said in your report wound up in any
24    pleading filed in that case?
25 A  I don't know.

## Page 23

1  Q  Was your opinion that the use of the copyrighted
2     material on the Internet by the defendant such that
3     there was no unjust enrichment?
4  A  I can't say.
5  Q  So we have gone through your list on 35.  You have
6     discussed two cases that involve trademarks.  You
7     have discussed three cases that involve the
8     Internet in terms of the expert opinion that you
9     rendered.
10       I want to make sure you have
11    completed your discussion as to these cases of
12    situations where you were rendering an opinion
13    where there was a trademark claim at issue or where
14    there was an Internet related issue.  Are there any
15    others?
16 A  Let me double check.
17 Q  Okay.
18 A  That's it.
19 Q  Other than the experiences listed on this page, are
20    there any other situations where you have been
21    retained as an expert and did any work at all
22    related to trademark claims?
23 A  There are times where I am hired as a consulting
24    expert, maybe not named as an expert, but assist
25    attorneys with oftentimes pre-litigation

## Page 24

1     situations.
2        An attorney has a client that
3     they are thinking about filing a Complaint for
4     damages.  And I assist with that process.
5  Q  In terms of getting to the point of an expert
6     report -- I'm probing this and this only goes back
7     a certain period of time -- were there any
8     others?
9  A  No, there's not.
10 Q  Sorry.  I should have made that clear so you didn't
11    have to search your memory.
12       Let me ask you this.  Have you
13    ever testified at trial in connection with any
14    opinion you have rendered as an expert?
15 A  No.
16 Q  Let me get into some questions about your sources
17    of information.
18       Your report lists what you
19    relied upon in connection with your preparation
20    with your report, is that correct?
21 A  Correct.
22 Q  Let me get into that topic for a moment.
23       Can you identify the people
24    who you understand are employed by or associated
25    with The Pond Guy, who you communicated with

## Page 25

1     directly in connection with your preparation of
2     this report?
3        MS. KLIMA:  Don't answer if we
4     were present during any of the conversations.
5        MR. GABRIEL:  I'm not sure if
6     that makes any of that privileged.
7        MS. KLIMA:  It absolutely is,
8     under the federal rules.
9        MR. BRESSLER:  There is
10    absolutely no --
11       MS. KLIMA:  After 2010 have
12    you not read the -- I'll pull it out.
13       MR. BRESSLER:  No.
14       MR. GABRIEL:  We're not asking
15    for what you said.
16       MS. KLIMA:  I'll pull it out.
17       MR. GABRIEL:  You can't sit in
18    a room and shield any facts that the client gives
19    to the expert.
20       THE WITNESS:  Can I take
21    a break and grab a tissue?
22       MR. GABRIEL:  Sure.
23       (WHEREUPON A RECESS WAS HAD)
24 Q  (By Mr. Gabriel continuing):  Let me repose the
25    question.

7  (Pages 22 to 25)

Douglas Bania
March 28, 2014

Page 26

1    Can you tell me the names of
2   the people who you understood were employed by or
3   affiliated with The Pond Guy with whom you spoke in
4   connection with your engagement as an expert?
5   A  Jason and Joe.
6   Q  Jason Blake, is that correct?
7   A  Correct.
8   Q  And Joe who or whom?
9          MR. BLAKE:  Meija. M-E-I-J-A.
10         MR. GABRIEL:  Thank you.
11  Q  (By Mr. Gabriel continuing):  Anyone else?
12  A  No.
13  Q  Did you obtain any facts or data in connection with
14  your work that you did in rendering this opinion
15  from Counsel?
16  A  Let me clarify one thing.
17         My business partner --
18  Q  I was going to get there, but go ahead.  Let's do
19  it now.
20  A  Brian Buss, I believe, talked to Melissa.
21         MR. BLAKE:  Melissa Palowski
22  (Phonetics).
23         THE WITNESS:  I am not sure if
24  he had a conversation with her on the phone or not.
25  Q  (By Mr. Gabriel continuing):  So anyone else that

Page 27

1   you know of, either you the people working with
2   you in connection with this report, who
3   communicated with someone at The Pond Guy to obtain
4   information?
5   A  That's it.
6   Q  And what about Counsel, did you communicate with
7   Counsel to obtain facts or data related to your
8   work on this matter?
9   A  Yes.
10  Q  What facts or data did you obtain from Counsel that
11  you recall?
12  A  Facts related to the case.  The documents are
13  related to, you know, the lawsuit.  So the legal
14  docs, the Complaint.
15  Q  The ones listed on the documents you relied upon?
16  A  That's correct.
17  Q  Did you review the motion for preliminary
18  injunction in this case?
19  A  Let's take a look.  Not that I recall.  I don't see
20  it listed here.
21  Q  Let me ask you the question differently.
22         Is there some distilling
23  factor you applied to the documents you list here
24  as ones you relied upon, as opposed to ones you
25  looked at but didn't rely upon?

Page 28

1          MS. KLIMA:  Again, I think
2   that's beyond the scope of the rule.
3          MR. GABRIEL:  I don't think it
4   is at all.  I think we're entitled to know what
5   documents he considered.
6          MS. KLIMA:  Facts or data that
7   the attorneys -- only considered.  If there's
8   something he didn't consider, I'm saying, that we
9   have an objection.
10         MR. GABRIEL:  I asked a
11  specific question.  Let me repeat it.
12  Q  (By Mr. Gabriel continuing):  On page 31 of your
13  report you title this list, Exhibit A, Documents
14  Relied Upon.
15         I am simply asking whether you
16  recall considering other documents but not relying
17  upon them, whether you made that distinction?  Some
18  experts do and some don't.  Do you understand my
19  question?
20  A  Sure.  My understanding is these are the documents
21  -- the legal documents are the only documents that
22  I received from counsel.
23  Q  Now I am asking you a different question.
24         In this entire list, this is
25  the list of what you relied upon.  It includes a

Page 29

1   number of items that you didn't obtain from legal
2   Counsel?
3   A  Yes.
4   Q  My question is when you made up this list, were you
5   making any distinction between documents you relied
6   upon and documents you may have considered but
7   didn't rely upon?
8   A  No, this is the entire list.
9   Q  Just checking.  Understood.
10         On the occasions where you
11  obtained facts or data from Mr. Blake and
12  Mr. Meija, how long did that take and where did
13  that happen?
14  A  I believe that we had an initial conversation with
15  them about the case and it was just the facts of
16  the case and that was really it.
17  Q  So it's the case that you had one conversation with
18  Mr. Blake to obtain information in connection with
19  your rendering of your opinion, is that correct?
20  A  I don't recall how many conversations I had.
21  Q  What about Mr. Meija?
22  A  I don't recall the number of conversations.
23  Q  You don't recall if you had ten conversations with
24  them or one?
25  A  I don't recall if I had more than one.

8  (Pages 26 to 29)

Douglas Bania
March 28, 2014

| Page 30 | Page 32 |
|---|---|
| 1  Q  You have a recollection of at least one, is that | 1   how to get access to that information? |
| 2     correct? | 2   A  I was given access. |
| 3  A  That's correct. | 3   Q  At that time? |
| 4  Q  Where was that conversation? | 4   A  Soon thereafter. |
| 5  A  Where was I? | 5   Q  Anything else you recall about facts or data that |
| 6  Q  Where was the conversation -- on the phone, at | 6      you obtained during this conversation that you had |
| 7     their premises? | 7      with Mr. Blake and Mr. Meija? |
| 8  A  Yeah, it was on the phone. | 8   A  No. |
| 9  Q  Can you give me an estimate of how long the | 9   Q  It's the case that you didn't have any other |
| 10    conversation was? | 10     communication, e-mail or phone conversation, you |
| 11 A  No. | 11     personally, with anybody else at The Pond Guy other |
| 12 Q  Was it more than two hours? | 12     than what you have testified to, is that right? |
| 13 A  I don't recall. | 13  A  Not that I recall. |
| 14 Q  Was it more than six hours? | 14  Q  You mentioned one of your colleagues.  And who is |
| 15 A  No. | 15     that? |
| 16 Q  Less than six hours? | 16  A  Brian Buss, B-U-S-S. |
| 17 A  Correct. | 17  Q  What is Brian Buss' position as it relates to your |
| 18 Q  Can you be anymore specific between one minute and | 18     business? |
| 19    six hours as to how long your one conversation that | 19  A  He's a principal.  He owns the company with me. |
| 20    you remember was with Mr. Blake? | 20  Q  What involvement did he have in connection with |
| 21 A  I would be guessing. | 21     this engagement of you as to render an expert |
| 22 Q  I don't want you to guess. | 22     opinion? |
| 23        At the same time did you speak | 23  A  You know, he assisted in the administrative aspect |
| 24    to Mr. Meija? | 24     of the report.  Helping me proofread and things |
| 25 A  He was on the line. | 25     like that. |

| Page 31 | Page 33 |
|---|---|
| 1  Q  Did you have any separate conversation with | 1   Q  And I take it he had at least one communication |
| 2     Mr. Meija other than that one call that you can | 2      with someone at The Pond Guy, which you have |
| 3     testify to? | 3      already mentioned, or are you not sure? |
| 4  A  No. | 4   A  I am not sure. |
| 5  Q  During that call I take it you got information from | 5   Q  What leads you to recall the name Melissa, from |
| 6     Mr. Blake and Mr. Meija about their business and | 6      what? |
| 7     the claims in this lawsuit and also the activities | 7   A  There was some data that Melissa provided as it |
| 8     of Aquascape, is that correct? | 8      relates to some social media traffic. |
| 9  A  We discussed the case.  That discussion included | 9   Q  Whose traffic? |
| 10    his business, Pond Guy's business, Aquascape's | 10  A  Aquascape's. |
| 11    business, the use of The Pond Guy by Aquascape. | 11  Q  Was Brian Buss involved in getting that |
| 12 Q  Anything else, any other topics where you got facts | 12     information? |
| 13    other than the ones you have identified in this | 13  A  I believe so, yes. |
| 14    conversation? | 14  Q  What was the information that Melissa provided? |
| 15 A  During that conversation I believe I received | 15  A  Melissa provided information related to the history |
| 16    access to Google Analytics. | 16     and traffic of facebook and twitter accounts for |
| 17 Q  Why don't you explain for those who are not | 17     Aquascape. |
| 18    participating in this case that may have to | 18  Q  What format did she provide that information? |
| 19    understand it at some point when you say access to, | 19  A  Excel. |
| 20    what are you talking about?  And give us the short | 20  Q  Where is that -- strike that. |
| 21    version of what Google Analytics is. | 21         Did you rely upon that |
| 22 A  The website ThePondGuy.com has a statistical | 22     information? |
| 23    tracking system provided by Google.  You can log in | 23  A  Yes.  It's doc 99. |
| 24    and understand who is coming to your site and why. | 24  Q  For doc 99 is there anything else than that doc 99 |
| 25 Q  You were given access to it, meaning you were told | 25     describes other than the Excel information provided |

9  (Pages 30 to 33)

Douglas Bania
March 28, 2014

Page 34

1    by Melissa?
2  A  No.
3  Q  What did your company do to verify the information
4     that she provided?
5  A  We looked -- some of the sites, such as facebook,
6     you can go back in time. So we went back to see if
7     the date in which the page was started and the
8     various posts and the numbers were correct.
9  Q  So I understand you could verify on facebook by
10    looking at the very end when the page was started,
11    but -- strike that.
12          Did you verify all the numbers
13    on her spreadsheet?
14 A  I did not go through every single number on her
15    spreadsheet.
16 Q  Did anyone at your company?
17 A  I don't know.
18 Q  So other than date started, what other data was on
19    that spreadsheet?
20 A  You can go back in time on facebook. You could
21    pick a year and you could understand in 2010 how
22    many posts there were, how many people liked it,
23    how many people shared it. It's publicly available
24    information.
25 Q  You can see it or count it up?

Page 35

1  A  That's correct.
2  Q  I could do the same thing today?
3  A  That's correct.
4  Q  You relied upon whatever Melissa put into her
5     spreadsheet, and other than checking when the
6     facebook page first started for much of the
7     information, you assumed her compilation of that
8     information was correct?
9  A  Yes. We looked at each account and we verified
10    randomly that the numbers were correct and we're
11    comfortable using it in the opinion.
12 Q  You understood when you did that that she works for
13    The Pond Guy, is that right?
14 A  That's correct.
15 Q  Have you exhausted the list of people at The Pond
16    Guy that you, or people working with you,
17    communicated with to get information in connection
18    with the report that you prepared?
19 A  Yes.
20 Q  Let me ask you some questions about information and
21    I would like you to tell me whether you got any
22    facts or data related to that.
23          Did you get any information
24    about when Aquascape or Mr. Wittstock first used
25    The Pond Guy for any purpose whatsoever?

Page 36

1  A  No.
2  Q  Did you get any information about when
3     Mr. Wittstock or Aquascape first used the Pond Guy
4     in any way on the Internet?
5  A  When you say did you get, was it given to me are
6     you saying?
7  Q  Yes.
8  A  No.
9  Q  Did you ask anyone at The Pond Guy when The Pond
10    Guy or any of its representatives first learned
11    that Mr. Wittstock was using The Pond Guy in
12    connection with his business?
13 A  No, it was not part of my analysis.
14 Q  I take it it's not relevant to your analysis,
15    right?
16 A  No.
17 Q  Did you investigate to what extent the phrase The
18    Pond Guy appears on the Internet beyond looking
19    into the social media issues that you talk about in
20    your report?
21 A  Can you say it again?
22 Q  Did you investigate the number of times The Pond
23    Guy, that phrase, appears anywhere on the Internet,
24    apart from the work you identify when you looked
25    into social media and the various social media uses

Page 37

1     of both The Pond Guy and Aquascape?
2  A  No.
3  Q  Now, you talk a lot about a search engine
4     optimization in your report. That is one of the
5     underpinnings of your opinion, is that fair,
6     meaning your analysis as to what you understand
7     Aquascape has done in social media?
8  A  Yes.
9  Q  Can you tell me all of the search engine
10    optimization steps that have been taken by The Pond
11    Guy?
12 A  No.
13 Q  Did you ask about any of that?
14 A  No.
15 Q  Do you know anything about whether The Pond Guy has
16    taken any search optimization steps, search engine
17    optimization steps, in connection with its use of
18    the three word phrase The Pond Guy?
19 A  That was not part of my analysis.
20 Q  Do you think looking into that issue could have an
21    impact on anything having to do with the search
22    results that you opine about in your report? For
23    example, the hierarchy, where Aquascape shows up,
24    in first, second or third place? Do you think
25    whether The Pond Guy does any search engine

10  (Pages 34 to 37)

Douglas Bania
March 28, 2014

### Page 38

1  optimization would make any difference?
2  A  I don't know.  I don't have an opinion on that.
3  Q  Isn't it true that if The Pond Guy took certain
4     search optimization steps in connection with that
5     phrase on its social media sites, that that would
6     have an impact on its appearance in the social
7     media and where it shows up in search engine
8     results?
9  A  I did not look -- that was not part of my analysis
10    to analyze his SEO techniques.
11 Q  You are here testifying as an expert, right?
12 A  Yes.
13 Q  You rendered an expert opinion of what you
14    understand to be the search engine optimization
15    steps taken by Aquascape has and will continue to
16    have a dramatic impact on search results, right?
17 A  Correct.
18 Q  That is your expert opinion based upon all of your
19    experience and work in this area and publications
20    in the field, is that correct?
21 A  Correct.
22 Q  Is it your testimony that while you feel search
23    optimization steps and have opined that those steps
24    have a dramatic impact on search results for
25    Aquascape's use of The Pond Guy, that you cannot

### Page 39

1  give any opinion and have no view as to whether
2  implementing search engine optimization steps would
3  have any impact on the results if they were
4  implemented by The Pond Guy?
5  A  My opinion is search engine optimization techniques
6     used properly can have an impact on higher search
7     results.  I don't have an opinion as it relates to
8     The Pond Guy.
9  Q  So you have rendered an opinion about -- let me ask
10    you this.
11          It is correct that you have
12    rendered an opinion about the impact of the steps
13    that you understand Aquascape and Mr. Wittstock to
14    have taken to optimize search results, is that
15    correct, as part of your opinion?
16 A  Could you repeat that?
17 Q  Sure.  Let me find what you said to make it easy.
18 A  Bottom of page 23 possibly.
19 Q  I'm looking for something a little different.  Give
20    me a minute.
21          Let's start with a broad
22    conclusion.  Go to page 30.
23 A  Okay.
24 Q  In your conclusion, first bullet point, you say,
25    "Aquascape is strategically using the phrase The

### Page 40

1  Pond Guy in the design, content and optimization of
2  its website, which leads to more website traffic
3  and potentially increased sales, likely at the
4  expense of TPG's website traffic and sales."
5          That is one of your opinions
6  under your heading Conclusion, is that correct?
7  A  Yes.
8  Q  My question is, first of all, can you tell me
9     whether The Pond Guy, that company, has been
10    strategically been using the phrase The Pond Guy in
11    the design, content and optimization of its
12    website?
13 A  No.
14 Q  Can you tell me why you didn't think that was
15    relevant to your analysis?
16 A  That's not what I was hired to do.
17 Q  If The Pond Guy increased its activities in
18    connection with strategically using the phrase The
19    Pond Guy in the design, content and optimization of
20    its website, do you agree that that would have the
21    affect -- it would lead to more website traffic and
22    potentially increase the sales of The Pond Guy?
23 A  Possibly.
24 Q  Why only possibly?
25 A  Because I have not analyzed what they have done,

### Page 41

1  you know, up to this point.  I don't know what an
2  increase is.  I don't have a starting point to
3  that.
4  Q  You don't know -- I think you talk about some of
5     the key well-known search engine optimization steps
6     in your report?  I think that is a phrase you use.
7  A  Yes.
8  Q  Do you know what I am talking about, what was the
9     phrase you used to describe --
10 A  Are you talking about the meta data or --
11 Q  There's a particular phrase you used.  Not the word
12    standard or state of the art.  Let's see if I can
13    find it.  Let me see if I can find it.  Maybe you
14    can find it for me.
15          It includes use of meta
16    elements and search element optimization.  Let me
17    see.  Maybe it's the bottom of page 11.
18          Let me ask you this.
19          One of the things that can be
20    done to get better search results -- I am using
21    your words -- or to get search engine optimization,
22    is to do a certain coding process of a website, is
23    that correct?
24 A  Yes.
25 Q  You describe those steps or processes on the bottom

11  (Pages 38 to 41)

Douglas Bania
March 28, 2014

Page 42

1  of page 11 of your report and it continues over to
2  page 12, right?
3  A  Yes.
4  Q  And when you are talking about those processes that
5  enhance SEO, you talk about, for example, page
6  title should include the chosen key word or phrase.
7  In this case the chosen key word or phrase is The
8  Pond Guy, right?
9  A  Yes.
10  Q  So my specific question to you is with respect to
11  the processes for coding a website that gives you
12  better SEO, can you tell me about any of these
13  processes that have been adopted or used in any way
14  by The Pond Guy?
15  A  No.
16  Q  Let me get back a little bit to the business of the
17  companies that are in this case.
18      Can you describe to me what
19  the business is that The Pond Guy is in?
20  A  The Pond Guy is in the business of selling and
21  consulting on pond-related building activities.
22  Q  And who are The Pond Guys' customers, to your
23  understanding?
24  A  Anyone who is interested in learning or building a
25  pond.

Page 43

1  Q  Is it the case that the customer group of The Pond
2  Guy includes wholesalers who handle pond equipment,
3  you know, the type of place you would go to, like a
4  Home Depot, where if you were building and you
5  needed those -- I am not saying The Home Depot, but
6  that level of the chain?
7  A  I don't recall if that is a customer.
8  Q  I don't mean The Home Depot.  I am talking about
9  that type.
10  A  The wholesale type, I don't know.
11  Q  Do you know where the customers of The Pond Guy are
12  ultimate consumers?
13  A  I believe so, yes.
14  Q  Do you know what percentage of the business of The
15  Pond Guy represents ultimate consumers?
16  A  No.
17  Q  Can you tell me how many customers The Pond Guy
18  has?
19  A  No.
20  Q  Can you tell me anything about the sales
21  methodology of The Pond Guy beyond some use of
22  social network?
23  A  No.
24  Q  Let's turn to Aquascape.
25      Can you tell me anything about

Page 44

1  the customer base of Aquascape, who are the
2  customers of Aquascape?
3  A  My understanding is the same customers, similar
4  customers.  People interested in learning about
5  ponds or building a pond.
6  Q  When you say similar customers, to be clear, can
7  you tell me what you mean by similar, what types?
8  A  Similar to The Pond Guys' customers.
9  Q  To that would be consumers like me or you up to
10  wholesalers and other -- whoever is interested in
11  something having to do with a pond?
12  A  I did not analyze the groups of customers for
13  either The Pond Guy or Aquascape.
14  Q  You would agree with me, wouldn't you, that
15  customer groups differ, depending on the products
16  and services of companies that sell things, right?
17  A  Yes.
18  Q  So the group of customers who, for example, say,
19  buy books may not be the same as the group of
20  customers that buy pond equipment?
21  A  I don't have an opinion on that.
22  Q  They could be different, correct?
23  A  A book customer and a pond customer could be
24  different?  They could be different and they could
25  be the same.

Page 45

1  Q  Wouldn't you agree it would be somewhat important
2  to understand the customer base when you are going
3  to render an opinion on the impact of certain
4  things happening on the Internet?
5  A  No.
6  Q  It doesn't matter to you who the customers are in
7  connection with your opinion, you are just opining
8  that certain things happen on the Internet and
9  sales increase depending upon an optimization of
10  search results, and search engine optimization has
11  a certain impact irrespective of who the customers
12  are and what the products or services are; is that
13  correct?
14  A  Yes.
15  Q  Your analysis of the impact of the use of social
16  media search engine optimization, that is the basis
17  for your opinion in this case, you agree, could be
18  applied to any business, is that correct?
19  A  Are you saying that any business could use SEO and
20  the Internet?
21  Q  No.  You're not simply opining that you can use it.
22  You have rendered an opinion as to the impact of
23  implementing certain SEO in terms of a positive
24  result in the sale of products or services by a
25  business, right?

12  (Pages 42 to 45)

Douglas Bania
March 28, 2014

| Page 46 |
| --- |

1  A  I am rendering an opinion as it relates to
2  Aquascape's use of SEO and social media and the
3  using The Pond Guy in those areas.
4  Q  But I think you said earlier it doesn't really
5  matter for your analysis who the customers are,
6  right?
7  A  Not for my analysis.
8  Q  If the customers don't matter, what I am asking is
9  whether you can take the same analysis that you did
10  in this report and opinion, which is the impact of
11  search engine optimization for a certain phrase,
12  and whether you simply could apply it to any
13  business and say in this circumstance where someone
14  takes certain steps to optimize search engine
15  results in your opinion, irrespective of the
16  customers or anything else, it would have some
17  positive affect on sales; that would be likely?
18  A  I don't have an opinion on that.  You can't -- I am
19  not saying -- the reason why it's relevant here is
20  because there is Internet activity.  You could have
21  someone that has, you know, a little corner store
22  that has no Internet presence and it is very much
23  different.
24  Q  So I think the way you phrased your answer, you
25  said not saying here, and you paused, and you said

| Page 47 |
| --- |

1  here there is Internet activity.  I just want to be
2  clear.
3      The distinction you are making
4  now is your analysis certainly applies in this case
5  because there is Internet activity as opposed to it
6  can be someone selling lemonade out of their back
7  yard and making virtually no Internet activity; is
8  that the distinction you are making?
9  A  Yes.
10  Q  Let me refine my inquiry.
11      Take a business circumstance
12  where there's a lot of Internet activity related to
13  the sale of products or services.
14      I'm asking you is your
15  analysis that you did that looks into optimization
16  of search engine -- search engine optimization and
17  your opinion that if you take certain steps to
18  optimize, that that will have some positive impact
19  on sales, in a business where the Internet is used
20  for sales, that analysis would apply to all
21  circumstances.
22  A  I don't have an opinion on that.
23  Q  Let me ask you some other overall questions before
24  I get into some of the specifics.
25      It's true that your analysis

| Page 48 |
| --- |

1  focused solely and specifically on the three words,
2  The Pond Guy, is that right?  By that I mean how
3  it's optimized, where it appears in results, how
4  many uses of that phrase are made on social media
5  by both Aquascape and The Pond Guy.  You weren't
6  looking at other phrases.  Like you weren't looking
7  at the word like "Aqua", your opinion relates to
8  those three words and their use in social media and
9  the impact of that use, including issues related to
10  search engine optimization, is that correct?
11  A  What's the question?
12  Q  Your analysis was limited to The Pond Guy in terms
13  of the opinion you are rendering?
14  A  That's one part of my opinion.
15  Q  Are you analyzing the use of any other words?
16  A  No.
17  Q  So the analysis that you did relates to the use of
18  the word The Pond Guy on the Internet, right?
19  A  Correct.
20  Q  With that as a starting point and taking the
21  information you obtained, some from Melissa, some
22  from others and some on your own, you come up with
23  certain data and then you render an opinion.
24      So one question I have is did
25  you undertake any analysis where you searched the

| Page 49 |
| --- |

1  word "pond" only to see what results you would get,
2  where would The Pond Guy show up, where would
3  Aquascape show up as opposed to The Pond Guy?
4  A  No.
5  Q  If you ran such a search, do you have any opinion
6  as to what difference, if any, that would make in
7  the search results that you came up with when you
8  did The Pond Guy work?
9  A  No.
10  Q  So the answer to the next question, I assume, will
11  be it's true that you don't know what difference,
12  if any, an analysis that you undertook would make
13  if you analyzed just the word "pond" and saw what
14  kind of results, how often does The Pond Guy come
15  up versus Aquascape, where are they in the
16  hierarchy, you don't have an opinion about what
17  difference if any that would make?
18  A  No.
19  Q  Because you haven't done that, is that correct?
20  A  Correct.
21  Q  Before we get into the text of your report, I want
22  to confirm.
23      You didn't interview any
24  customers of either Aquascape or The Pond Guy in
25  connection with your work that you did in this

13  (Pages 46 to 49)

Douglas Bania
March 28, 2014

Page 50

1    report?
2    A  I did not.
3    Q  You didn't analyze the customer base of either
4       company to determine who the customers were, is
5       that correct?
6    A  I did not.
7    Q  Did you take into account when you did your report
8       anything having to do with who the likely users of
9       the Internet would be in searching for pond
10      services?
11   A  No.
12   Q  Are you aware of any reports that would be
13      available for you to look at or any data that would
14      help you determine who is buying this stuff using
15      the Internet, anything at all?
16   A  I'm not aware of.
17   Q  You didn't look for any, right?
18   A  That's correct.
19   Q  And I take it you would agree that doesn't really
20      make any difference to your analysis, right?
21   A  No.
22   Q  Well, I guess we have a double negative.
23           Do the identities of the
24      customers of either Aquascape or The Pond Guy,
25      would that make any difference if you knew their

Page 51

1    identities in the analysis that you undertook?
2    A  No.
3    Q  By identities, I don't mean names.  I mean who are
4       they -- consumers, wholesalers.  No difference?
5    A  Correct.
6           MR. GABRIEL:  Let's take a
7       break.
8           (WHEREUPON A RECESS WAS HAD)
9    Q  (By Mr. Gabriel continuing):  Let's get into your
10      educational background.
11           Can you briefly identify your
12      college and any post graduate education?
13   A  Yes.  I have a bachelor's degree in cinema from San
14      Francisco State University.  I have a master's
15      degree in television, film and new media production
16      from San Diego State University.
17   Q  What employment experience do you have before your
18      current work?
19   A  I worked for a intellectual property valuation firm
20      for over eleven years, very similar firm.  Then I
21      broke out on my own.
22   Q  What was the firm you worked for over eleven
23      years?
24   A  Consor.  C-O-N-S-O-R.
25   Q  What position did you have at Consor during the

Page 52

1    eleven years?
2    A  I moved from a research analyst to an analyst to a
3       director of business development to a principal.
4    Q  Okay.  And what kind ever work did you do -- strike
5       that.
6           What were the types of clients
7       that you personally serviced when you were at
8       Consor?
9    A  So we did intellectual property valuation work,
10      non-litigation context, companies that needed a
11      brand valued or some intellectual property valued
12      for various reason, tax estates.  I have a business
13      valuation -- about how much is intellectual
14      property worth.  Worked with a lot of clients that
15      did co-branding.  For instance, they're sharing
16      brands.  So I helped consult on those types of
17      relationships.
18           Then the litigation context
19      similar to what I am doing now.  Rights of
20      publicity trademark, copyright infringement.
21   Q  Do you currently do the valuation work at your
22      current company, or you don't do that anymore?
23   A  The non-litigation, yes, we still do that.
24   Q  In connection with any of the -- strike that.
25           Have you consulted with any

Page 53

1    companies, you personally, on the issue of search
2    engine optimization?
3    A  Yes.
4    Q  What types of businesses have you done that work
5       for?
6    A  Typically branded businesses.  It's kind of a brand
7       value maximization service that we provide.  And we
8       will help our clients understand what kind of
9       traffic is coming to their website based on brand
10      search and how strong is their brand as it relates
11      to the world of the Internet.
12   Q  Where did you get the knowledge and expertise in
13      that area other than from doing it?  In other
14      words, do you have any education or other types of
15      experience to --
16   A  My master's degree had a new media aspect of it, so
17      that was getting into the digital world.  I was a
18      web designer.  And, you know, back then, you know,
19      building a website was one thing.  Then it turned
20      into how to be found on the website.  So naturally
21      it moved into the customizing of websites for
22      better search results.
23   Q  I like the phrase back then.  It now means, you
24      know, when the Internet kind of started, like it
25      was a hundred years ago.

14  (Pages 50 to 53)

Douglas Bania
March 28, 2014

Page 54

1   A  Right.
2   Q  Have you authored any articles on search engine
3      optimization?
4   A  I have not.
5   Q  Have you consulted on search engine optimization
6      with any businesses that you could identify as
7      being in some manner similar to the businesses at
8      issue in this case?
9   A  I guess I would have to know what your definition
10     of similar is, if you are talking pond related
11     or --
12  Q  Anything construction related, you know, aquatic
13     related, not Nabisco Oreo cookies, which I think we
14     both could agree are not related.
15                Anything that you could think
16     of that you would say yeah, this is somewhat
17     similar?
18  A  Not that I recall, at this moment.
19  Q  Getting back to what you relied upon and
20     considered, your report -- strike that.
21                One of your opinions and/or
22     conclusions is that there was a ramp up in social
23     media activity by Mr. Wittstock and Aquascape, is
24     that correct?
25  A  Yes.

Page 55

1   Q  And can you tell me more specifically when you use
2      the phrase ramp up, are you talking about a period
3      of time?  In other words, what are you measuring?
4      Something can ramp up in different ways.  More,
5      quicker, longer?  I am trying to understand what
6      you mean by that exactly.
7   A  I would say it's an all of the sudden ramp up.
8   Q  Okay.
9   A  It's almost based on blog posts and reviewing the
10     actual traffic, that it was an explosion of social
11     media and Internet activity I would say.
12  Q  So sudden explosion -- using your words -- what
13     time period did you examine so that you could opine
14     there's the pre-explosion period, the pre-sudden
15     period, and now we have a sudden -- and again I am
16     using your two words for question purposes --
17     sudden and explosion; what were you looking at?
18  A  I looked back 2009 through 2012.  Not much was
19     happening.  2013, it was a big ramp up.  That's
20     more of where the explosion happened.  2014, you
21     know, we don't have much data because we're just
22     into the year.
23                Based on the obsessed nature
24     of Wittstock, if you don't have a social media
25     program in 2014, you're going to be left behind.

Page 56

1      Based on his activity on facebook and twitter, he
2      practices what he preaches.
3   Q  Is it fair to say the time period that you examined
4      is 2009 going forward?
5   A  I don't -- I know that I looked at '09 through
6      today and I notice there wasn't much activity in
7      those early days before 2013.  So I think that's
8      fair to say.
9   Q  Now, you understand that there was Internet
10     activity by Aquascape and Mr. Wittstock prior to
11     2009, is that correct?
12  A  Yes.
13  Q  And can you tell me anything about the nature of
14     that activity?  I'm specifically referring to any
15     references to The Pond Guy on the Internet, placed
16     there in any way, shape or form by Mr. Wittstock or
17     Aquascape.  Can you tell me what there was, whether
18     there was something, where was it, anything at all
19     about that?
20  A  No, I can't.
21  Q  I take it then, you can't answer the question for
22     how long has Mr. Wittstock or Aquascape used the
23     phrase The Pond Guy on the Internet in connection
24     with its business activities?
25  A  I don't know how long.

Page 57

1   Q  You don't know if that goes back to 1996 or 2005 or
2      somewhere in between?
3   A  No.
4   Q  Now, given your observation of the use of the
5      Internet generally and social media in particular,
6      you would agree that there has been a sudden
7      explosion of sales and marketing activities in
8      social media as a general proposition by companies
9      who sell through the Internet over the past few
10     years, is that correct?
11  A  I wouldn't phrase it as a sudden explosion.  I
12     would say social media is becoming more popular.
13  Q  What phrase did you use in your report to describe
14     the importance of social media over the last few
15     years?
16                Let me look at a few of the
17     places and make sure I understand what you're
18     saying.
19  A  Okay.
20  Q  Go to page 4.  In the middle of the page your title
21     is Growing Importance of the Internet and Social
22     Media at Aquascape.
23                In it you go through a
24     discussion of how social media and the Internet are
25     important to Aquascape.  And one of the statements

15  (Pages 54 to 57)

Douglas Bania
March 28, 2014

Page 58

1    you make is Greg Wittstock appears to be an
2    increasingly frequent user of these tools to
3    promote Aquascape's business.
4            And the tools are social
5    media, is that correct, that is what you are
6    talking about, and the Internet?
7  A   Correct.
8  Q   Going to page 5. You have some data points that
9    you identify. And I am quoting, "Essentially,
10   marketing is shifting to rely more and more
11   websites, Internet search and social media."
12           You cite a number of bits of
13   information in that regard, is that correct?
14 A   Yes.
15 Q   Let me take you to page 8 -- actually let me take
16   you to the bottom of page 7.
17           I'm not trying to have you
18   ignore the rest of it, so if you want to stop and
19   ask a question and say let me read the question,
20   it's not an exercise.
21 A   Thank you.
22 Q   I am just directing you to a part because I want to
23   read a particular sentence. At the bottom of the
24   page, I think it is fair to say you are summing up
25   what you conclude as Mr. Wittstock's perspective on

Page 59

1    the use of the Internet and social media having
2    used it above. I am looking at your sentence on
3    the bottom of 7.
4            "From his posted statements
5    and opinions, it appears that Wittstock believes
6    the use of the Internet and social media are
7    critical tools in business marketing."
8            That's your opinion, right?
9  A   Yes.
10 Q   You're basing that in part on all the stuff that
11   comes above in the report, which is quoting from
12   his blog and the statements he's made about how
13   critical and important the Internet and social
14   media is, right?
15 A   Yes.
16 Q   So based upon your conversations with The Pond Guy,
17   is it your opinion that The Pond Guy, and
18   specifically Mr. Blake, believe the use of the
19   Internet and social media are critical tools in
20   business marketing?
21 A   I don't have that opinion.
22 Q   So can you describe to me what view The Pond Guy
23   has about the use of social media and the Internet
24   in connection with its business marketing?
25 A   No.

Page 60

1  Q   So you don't know anything about how important it
2    is to that company, right?
3  A   My opinion is in general, in social media and
4    Internet, it's very important. I did not have
5    conversations with anyone at The Pond Guy related
6    to that topic.
7  Q   Then you move on in your report on page 8. You
8    have a discussion of Aquascape's use of web
9    optimization. First I want to make sure we
10   understand what you looked at to analyze that
11   question. So let me see if I can eliminate certain
12   things.
13           You didn't review any
14   contracts or agreements that Aquascape has with any
15   third parties where the third parties are involved
16   in assisting, consulting or implementing search
17   engine optimization for Aquascape, is that right?
18 A   I did not.
19 Q   Do you know whether there are any such third
20   parties that are doing such work for Aquascape?
21 A   I don't know.
22 Q   Can you show me exactly where in your report you
23   describe how you determine what website
24   optimization steps Aquascape has taken?
25           I can read the words, but I

Page 61

1    want you to tell me where you say it.
2  A   So on page 10.
3  Q   First of all, on page 10 you say Use of The Pond
4    Guy Trademark at Aquascape. Then you continue to
5    discuss below that meta elements and search engine
6    optimization.
7            So your discussion meta
8    elements and search engine optimization, that
9    relates to the use of the phrase The Pond Guy,
10   right?
11 A   This section here is, yes, use of The Pond Guy
12   trademark at Aquascape.com.
13 Q   Did you do any analysis of search engine
14   optimization that was done by Aquascape for any
15   other term?
16 A   The only other search I did as it related to
17   another term was the use of the name Aquascape on
18   their website.
19 Q   What conclusions or opinions did you draw from
20   that, or is that just some data that you used for
21   other purposes?
22 A   It was just kind of a -- I wanted to understand,
23   you know, the use of Aquascape on the website,
24   which returns about nine thousand results compared
25   to the use of The Pond Guy on the websites, which

16  (Pages 58 to 61)

Douglas Bania
March 28, 2014

Page 62

1    returns about nineteen hundred results.
2    Q   On which website?
3    A   On AquascapeInc.com.
4    Q   When you are describing you, are you talking about
5        you personally?
6    A   Yes.
7    Q   The search that you did for the term Aquascape was
8        on the Aquascape website and what you wanted to get
9        was a comparison of the appearances on the
10       Aquascape website for Aquascape as compared with
11       The Pond Guy, is that correct?
12   A   Yes.
13   Q   You got nine thousand for Aquascape about?
14   A   Roughly.
15   Q   And nineteen hundred for The Pond Guy.
16            What opinions or conclusions
17       did you draw from that comparison, if any?
18   A   I didn't have any written conclusions in this
19       report.  But, you know, the reason why I did it is
20       to get an understanding for them to use the name
21       Aquascape is important to them.
22   Q   Less important than The Pond Guy?
23   A   I don't have an opinion on that.
24   Q   Did you search any other terms for having to do
25       with your analysis other than The Pond Guy, which

Page 63

1    you did a lot of work with and this circumstance
2    you identified where you searched Aquascape?
3    A   No.
4    Q   With respect to the analysis that starts on the
5        bottom of page 10 of the Use of Meta Elements and
6        Search Engine Optimization, first you describe
7        search engines and how they work essentially.  And
8        then you get into on the bottom of page 11 a way
9        you can code to get better search results, is that
10       correct?
11   A   Yes.
12   Q   So you reviewed -- strike that.
13            You compiled information with
14       respect to search results for the terms The Pond
15       Guy with different search engines, right?
16   A   This analysis focused on Google.
17   Q   So tell me how you did that.  In other words, what
18       steps did you take to come up with what place a
19       result was in?
20   A   Okay.  So the Schedule I on page 38 walks you
21       through that process.
22   Q   I get that the schedule does.  Can you tell me in
23       words?
24   A   Yeah.
25            So I don't misspeak, what was

Page 64

1    the question?
2    Q   I want to know how you came up with the search
3        results that you then talk about in terms of this
4        came in first, this came in third.
5    A   As it relates to the search results, the first
6        thing is launched the web browser.  In this case it
7        was Fire Fox.  Then I cleared the history and the
8        cash so it was a clean slate with no bias.  And
9        then I typed in the word The Pond Guy and hit
10       return.
11   Q   And you observed some results and took some
12       notations.
13            Did you do screen shots?
14   A   Yes, yes.
15   Q   Can you tell me very briefly how did you preserve
16       the results other than screen shots?  I don't want
17       to assume anything.
18   A   They are in my documents.  So I print a PDF so it's
19       at that moment my results are provided in this
20       report.
21   Q   Approximately when was that moment for The Pond
22       Guy?
23            I'm not asking you for a date.
24       Was it sometime in March of 2014, as opposed to
25       January, if you remember?

Page 65

1    A   I don't recall.
2    Q   But --
3    A   This year.
4    Q   This year.  And is there some data or document that
5        would tell you when you did that?
6    A   Yes.
7    Q   It's somewhere in here?
8    A   Yes.
9    Q   Let's look for it during the break.
10            You would agree, wouldn't you,
11       that if I went on the Internet today and I took the
12       steps you took and used Fire Fox and cleared the
13       cash and I put in the search and Google for The
14       Pond Guy, that I could get different results than
15       you got, right?
16   A   I did not ask you to do that, so I don't know for a
17       fact.  But there is a possibility.
18   Q   Wait a minute.  You have experience.  You know how
19       the Internet works and how search engines work.
20       You are here to as an expert to talk about search
21       engine optimization?
22   A   Yes.
23   Q   Wouldn't you agree with me that two people
24       searching the same term an hour apart can come up,
25       and do come up, with different results?

17  (Pages 62 to 65)

Douglas Bania
March 28, 2014

Page 66

1  A  I think if you followed these steps of clearing the
2     cash and as I mentioned here in my Schedule 1, most
3     likely come up with the same results.
4  Q  But you acknowledge and you are aware of cases and
5     circumstances where the results are different, is
6     that correct?
7  A  There's a possibility.
8  Q  You have observed that, haven't you, in your
9     experience where two individuals can search the
10    same term, take the same steps and the results
11    would be different, even if they search the same
12    day, right?
13 A  Using my technique in following these procedures
14    and to -- you know, I have done this throughout me
15    being hired on this case and in previous projects,
16    you typically come up with the same search results
17    if you follow the same steps.
18 Q  But you acknowledge that sometimes you don't?
19 A  There's a possibility.
20 Q  Well, I want to make sure that we are clear.
21           Is your testimony that you are
22    not aware of the fact that people can search the
23    same term, use the same approach that you have
24    identified on the same day and you have never ever
25    heard of or are or are aware of any circumstance

Page 67

1     where the results were different in terms of the
2     display in the hierarchies in the pages?
3  A  There is a possibility there could be a difference.
4     I don't typically go through asking people to do
5     this.  But in my analysis when you follow these
6     exact steps, typically the same results appear.
7  Q  Have you checked your results by doing the same
8     thing since you authored this report?
9  A  Yes.
10 Q  What have you come up with?
11 A  The same results.
12 Q  In terms of what?
13 A  The positioning of the search results.
14 Q  When is the last time you checked?
15 A  I don't recall.
16 Q  So it is the case, isn't it, that nobody outside of
17    Google really quite understands exactly how it is
18    that where you appear in the results comes about?
19    There are arguments and lots of literature about
20    factors, but we don't have publicly available to
21    anybody the exact algorithm or approach used to get
22    the specific results?
23 A  The Google algorithms are proprietary.
24 Q  So while you can examine what may change those
25    results, and there's lots of data about that and

Page 68

1     best practices -- that was the term I was looking
2     for -- best practices in search engine
3     optimization, there are no guarantees, is that
4     correct?  You can't fix it in a way other than
5     buying a location?
6  A  That's correct.
7  Q  And there are lots of work done by many, many
8     companies internally and with consultants to try to
9     optimize those results?
10 A  Yes.  My opinion is when you type in The Pond Guy,
11    the results I have in the report are what appear.
12    And Aquascape does show up in the second and third
13    position.
14 Q  You would agree with me, wouldn't you, that you
15    don't know what difference, if any, would be made
16    in the results if The Pond Guy was taking certain
17    search optimization result steps, because you don't
18    even know if The Pond Guy is taking any, right?
19 A  The second part of the question is I don't know
20    what SEO practices they are taking.
21           What was the first part?
22 Q  Since you don't know what practices The Pond Guy
23    has in connection with SEO, if The Pond Guy changed
24    its practices for SEO or implemented new ones, you
25    have no opinion upon what impact that would have

Page 69

1     upon the results you've come up with when you
2     search The Pond Guy, is that correct?
3  A  Correct.
4  Q  Let me turn to the whole issue of auto fill and
5     auto complete and Google.  This is on page 13.
6           You looked at that question
7     too when you discussed what happens when a user
8     visits Google and starts typing The Pond Guy into
9     the search area, right?
10 A  Yes.
11 Q  On page 13 your figure 2 displays -- is that a
12    screen spot?
13 A  Yes.
14 Q  Displays the auto fill results for The Pond --
15    looks like you got up to the letter "G", right?
16 A  Yes.
17 Q  Then what auto fill did on the particular date when
18    you did this, correct?
19 A  That's correct.
20 Q  So by the way, did you -- strike that.
21           Let's take the second listing,
22    The Pond Guy's T.V. show.  You see that?
23 A  Yes.
24 Q  Then you say in your report the second Google auto
25    complete suggestion is The Pond Guys T.V. show?

18  (Pages 66 to 69)

Douglas Bania
March 28, 2014

---

Page 70

1   A  Yes.
2   Q  The first page search results for The Pond Guy T.V.
3      show including ten organic listings and seven out
4      of the ten are websites related to Wittstock and
5      Aquascape.
6             I take it, you clicked on The
7      Pond Guys T.V. show?
8   A  Correct.
9   Q  And the footnote 27 takes us where?
10  A  To doc 28A.
11  Q  The Google search results search for The Pond Guys
12     T.V. show as of March 7, 2014, which is, I take it,
13     the results you got on that date when you did it,
14     correct?
15  A  Correct.
16  Q  Let me ask you a little bit about this T.V. show.
17            What is your understanding
18     about the T.V. show as it relates to The Pond Guy?
19  A  My understanding is that Aquascape is looking into
20     a reality T.V. show.
21  Q  And when you came up with this -- when you went to
22     the page with the results for The Pond Guys T.V.
23     show, tell me what you mean by ten organic
24     listings, what do you mean by the phrase organic?
25  A  Not paid.

---

Page 71

1   Q  You say seven out of the ten are websites related
2      to Wittstock and Aquascape, what were the other
3      three?
4   A  I don't recall.  We could look at the document.
5   Q  Would it make any difference to your -- strike
6      that.
7             You are also opining about the
8      impact of the use of The Pond Guy in a T.V. show
9      featuring Greg Wittstock as part of your report,
10     right?
11  A  Yes.
12  Q  At the very end you talk about that you say -- go
13     to page 30.
14            "As the Defendants' social
15     media use is increasing and a reality T.V. show may
16     be released, more and more Internet search and
17     social media users are likely to associate the
18     phrase The Pond Guy with the Defendants' business
19     rather than TPG."
20            You see that?
21  A  I do.
22  Q  What is the basis for your opinion that if social
23     media use increases, more and more Internet search
24     or social media users are likely to associate the
25     phrase The Pond Guy with the Defendants' business

---

Page 72

1      rather than the Plaintiff?
2   A  The basis is, as I said in my report, that when you
3      are on social media and you are searching for The
4      Pond Guy, the Defendants' business appears, or
5      Wittstock personally, which he tends to be
6      connected to his business.
7   Q  If I went to my facebook page and I spent the next
8      six months typing in I love My Pond Guy, and I had
9      fifty other people type in Allen Gabriel Loves His
10     Pond Guy and I did that nonstop as much as I
11     possibly could and have others do it, eventually
12     would that impact Mr. Blake's business?
13  A  I don't know.
14  Q  Wouldn't there be people associating me with The
15     Pond Guy, if I fill up my facebook page and
16     suddenly explode on my page talking about how I
17     love The Pond Guy who takes care of my coy pond?
18  A  I don't know.  I think as it relates to Wittstock
19     and actually his accounts, including The Pond Guy,
20     say, the twitter account At The Pond Guy --
21  Q  So it is more than just a use in the text, you are
22     talking about the name of the account now too?
23  A  Yes.
24  Q  Do you know to what extent The Pond Guy was
25     associated or affiliated with Mr. Wittstock up to

---

Page 73

1      2009?
2   A  No.
3   Q  Does that matter to your analysis at all?
4   A  No.
5   Q  Do you have any understanding as to whether there's
6      been any association between Mr. Wittstock and the
7      phrase The Pond Guy in any industry or segment of
8      any industry whatsoever?
9   A  I know that he calls himself The Pond Guy.
10  Q  But you are opining about an association.  You are
11     talking about Internet search and social media
12     users are likely so associate the phrase The Pond
13     Guy with the Defendants.
14            Are you aware of any
15     circumstance where, say, before 2009 there was an
16     association among Internet users of Mr. Wittstock
17     and The Pond Guy?
18  A  No.
19  Q  Would that make any difference to your analysis at
20     all?
21  A  No.
22  Q  So it is only the events and circumstances post
23     2009 that you have considered at all in connection
24     with your analysis?
25  A  Not necessarily.  I have not put boundaries around

19  (Pages 70 to 73)

Douglas Bania
March 28, 2014

Page 74

1    the dates. I know some of my charts go back to
2    2009. But it wasn't part of my analysis to
3    determine dates of use.
4    Q   Let me ask you a different question.
5                I would like you to assume
6    that 100 percent of the customers of The Pond Guy
7    are ultimate consumers. In other words, people
8    like you and me, not wholesalers or stores or
9    distributors. And 100 percent of the customers of
10   Aquascape are not consumers, but wholesalers,
11   stores, distributors.
12               And without additional
13   information, would your opinion as to the impact of
14   the activities of both companies on social media be
15   any different than it is now?
16   A   No.
17   Q   Why is that?
18   A   Because the Internet is used by whether you are an
19   end user or a distributor or store owner. People
20   go to the Internet.
21   Q   Look at your last bullet point on page 30. "The
22   continued and expanding use of the phrase The Pond
23   Guy by Aquascape will be detrimental to TPG."
24               Why will it be detrimental?
25   A   You can phrase it as a perfect storm. Aquascape is

Page 75

1    dominating the use of The Pond Guy in social media
2    and various social media accounts, as I explained
3    in my report. Aquascape is using The Pond Guy in
4    their SEO practices on their website and combining
5    those two worlds together around the term The Pond
6    Guy. There is a perfect storm brewing for
7    Aquascape and Wittstock to bump TPG down and for
8    them to go up.
9    Q   What is the detriment you are talking about?
10   A   The detriment, the first position on Google is a
11   valuable position. My client, you know, it has
12   that right now.
13   Q   In what sense? I am trying to get you to be more
14   specific. In what sense? Why would it be
15   detrimental for The Pond Guy not to be in first
16   place in the business we are talking about?
17   A   Research shows that around 25 percent of clicks go
18   on -- click that first position, search result. To
19   lose that first position search result is
20   detrimental to the business, to The Pond Guys'
21   business.
22   Q   If 25 percent of the people click on the first
23   result first -- is that what you are saying?
24   A   I --
25   Q   I want to make sure I understand what the 25

Page 76

1    percent represents.
2    A   25 percent of search result traffic clicks on the
3    first position.
4    Q   So that means if ten people are searching The Pond
5    Guy -- let's make it a better number. If 25
6    percent of the --
7    A   How about one hundred.
8    Q   Of one hundred, when they search The Pond Guy --
9    A   Twenty-five out of a hundred will click on the
10   first result.
11   Q   Clicking is one thing. Tell me how it is
12   detrimental to the business of The Pond Guy.
13   A   Because you are losing 25 percent or whatever the
14   number is, losing traffic.
15   Q   Which means?
16   A   Especially to a competitor can be detrimental.
17   Q   How?
18   A   The loss of sales.
19   Q   So ultimately you are winding up in your opinion is
20   if you are not in first place, that's got to hurt
21   because 25 percent of the people click on the first
22   place item, and then you look at some conversion
23   rates and that turns into business. So if you are
24   not getting the 25 percent but you get something
25   less than that, you are getting less sales, right,

Page 77

1    isn't that what you are saying?
2    A   That's part of it, yes.
3    Q   Let's take that part of it.
4                I think you said, you know,
5    almost everybody uses the Internet. With that in
6    mind, the analysis that you just made, would you
7    say there's the same detriment and would you apply
8    the same analysis if Aquascape and The Pond Guy had
9    completely different customer bases? In other
10   words, I am giving you a hypothetical.
11               Aquascape doesn't sell to
12   consumers at all, ultimate consumers. And The Pond
13   Guy only sells to ultimate consumers. Would your
14   opinion be that you would have the same detrimental
15   impact on sales with those facts?
16   A   I don't have an opinion on that. These two
17   companies are in the same space of ponds.
18   Q   So your assumption is that the detriment arising
19   from not being in first place exists irrespective
20   of who the customers of the companies are, right?
21   A   Yes. Losing that first place position, I am not
22   basing that on comparing customers. I am talking
23   about SEO practices that put you on top and you get
24   more click through because you are on top.
25   Q   And then you have more conversions once you get

20   (Pages 74 to 77)

Douglas Bania
March 28, 2014

<table>
<tr><td>

Page 78

1  clicks?
2  A  I haven't analyzed that, but business practices,
3     you know --
4  Q  Let me pick up on what you just said.
5           You haven't done any analysis
6     of conversion rates after clicks and sales on the
7     Internet for either Aquascape or The Pond Guy,
8     right?
9  A  Correct.
10 Q  So you don't really have an opinion about the
11    impact of clicks and what happens when 25 percent
12    click on Aquascape because it's in first position
13    versus what happens in the real world, if 25
14    percent would click on The Pond Guy if it was in
15    the first position, correct, you haven't done that
16    analysis?
17 A  Sorry?
18 Q  You haven't analyzed the impact on sales?
19 A  I have not.
20 Q  Because you don't know what the impact on clicks is
21    on the sales of either company?
22 A  That's correct.
23 Q  Because you don't know what the conversion rate is
24    for either company, right?
25 A  That's correct.

</td><td>

Page 80

1  the name of my client. It's the URL. As it
2  relates to them marketing their business, they
3  market themselves as The Pond Guy. And with
4  Aquascape, the name of their company is Aquascape.
5           So I can tell you without
6  analyzing TPG's SEO practices, that the fact that
7  their business name is The Pond Guy and their URL
8  is The Pond Guy and their marketing is related to
9  The Pond Guy and the fact that they show up in the
10 first position when you search for The Pond Guy,
11 that is very important to them.
12 Q  Are you inferring anything about whether they do
13    practice search engine optimization?
14 A  No.
15 Q  You don't know whether The Pond Guy is doing any of
16    that?
17 A  All I can look at are the results. They are in the
18    first page. Something is happening for them to be
19    in the first spot.
20           I have not analyzed their
21 techniques, but I know that they have -- they have
22 gained the first spot search results.
23           You know, as an SEO person and
24 as a website person, that doesn't happen
25 accidentally.

</td></tr>
<tr><td>

Page 79

1  Q  You are applying general propositions that state if
2     you are higher up in search results, you are going
3     to get more clicks. And if you get more clicks,
4     it's likely you are going to get more sales, is
5     that correct?
6  A  Correct.
7  Q  That proposition is certainly true for businesses
8     that use the Internet for marketing and sales
9     activities, right?
10 A  Yes.
11 Q  Go to the first bullet point on the same page where
12    you conclude. It is your opinion that, "Aquascape
13    is strategically using the phrase The Pond Guy in
14    the design, content and optimization of its
15    website, which leads to more website traffic and
16    potentially increased sales likely at the expense
17    of TPG's website traffic and sales."
18           That is one of your ultimate
19    four opinions?
20 A  Correct.
21 Q  You cannot answer the question and, therefore, you
22    have no opinion about whether TPG is strategically
23    using the phrase The Pond Guy in the design,
24    content and optimization of its website, right?
25 A  I can tell you it's the name of the company. It is

</td><td>

Page 81

1  Q  Let's look at that.
2           First of all, let's define
3  what you are talking about when you say -- well, I
4  want to understand exactly what you just said.
5           When you say they have gained
6  the first spot, who and where?
7  A  I'll back up a little bit, if I could.
8  Q  Okay.
9  A  You keep asking me if I know The Pond Guy search
10    engine optimization activities. I haven't analyzed
11    that. But I can look at the search results and see
12    they are in the first position.
13 Q  Where?
14 A  On the Google search.
15 Q  For what search term?
16 A  The Pond Guy.
17 Q  The Pond Guy is in the first position on Google
18    search for The Pond Guy?
19 A  That's correct.
20 Q  And you have just described what attributes you
21    believe impact, that is where they are there?
22 A  Correct.
23 Q  The first one is it's the name of their business,
24    right?
25 A  It's the name of their business, therefore, that

</td></tr>
</table>

21  (Pages 78 to 81)

Douglas Bania
March 28, 2014

## Page 82

1  phrase is used throughout their website.
2  Q  And would you agree with me that the name of a
3    business is a critical component that relates to
4    optimizing your position in search engine results?
5  A  For that phrase.
6  Q  Well --
7  A  You might --
8  Q  I'm asking generally.
9  A  What is the question?
10 Q  Isn't the name of your business that you use on the
11   Internet something that has -- isn't it a critical
12   component of where you wind up in search results of
13   your company, the name of your business?
14          MS. KLIMA:  I object to the
15   form.
16          THE WITNESS:  Someone -- I'm
17   going hypothetical here.
18 Q  (By Mr. Gabriel continuing):  Of course.
19 A  Someone could have their business up on the website
20   and not use the name of the business often and not
21   appear in the first spot.
22 Q  Based upon all your experience that you have
23   described in your consulting, would you agree with
24   me that it is generally the case that a company
25   uses its business name that it presents to the

## Page 83

1  public -- I am not talking about some name that
2  nobody ever heard of -- it uses its business name
3  prominently on its website, as a general
4  proposition, would you agree with that?
5  A  If a business should use their name on the
6    website -- but the business could sell products
7    which they want more business from and focus on
8    those product names more than the business name.
9  Q  Is it the case that in your experience the business
10   name is something that is generally prominently
11   featured on the website of a business?
12 A  A business name, yes.
13 Q  Prominent use of a business name has a positive
14   impact on where a company appears in search
15   results, right?
16 A  Possibly.
17 Q  Does the Aquascape website prominently feature its
18   business name on its website?
19 A  I don't know.
20 Q  Well, you did a comparison, right, of the
21   appearances on the website of Aquascape, its
22   business name, as compared to The Pond Guy, right?
23 A  A search comparison, yes.
24 Q  And you came up with nine thousand versus how much?
25   Thirteen hundred?

## Page 84

1  A  Nineteen hundred, around there.
2  Q  You would agree that on the Aquascape website, the
3    use of Aquascape as a term on its own website far
4    exceeds any use of The Pond Guy, right?
5  A  Yes.
6  Q  By the way, when you did all your examination and
7    searching and review of websites, can you tell me
8    anything about how and under what circumstances The
9    Pond Guy appears on any website of Aquascape or
10   Mr. Wittstock?  In other words, is it a brand name
11   for products; how did it appear when you saw it?
12 A  Well, I did analyze the
13   AquascapeInc.com/AboutThePondGuy page.
14 Q  Okay.
15 A  It was used throughout that page.  We could look at
16   that document, if you like.  It was in the title.
17   It was in the meta tags.  It was scattered
18   throughout the site.
19 Q  What about anywhere else, the about page, the rest
20   of the site?
21 A  There are nineteen hundred.  That number could be a
22   bit off.  But it is in my report.  Other references
23   to The Pond Guy.  Which includes links on each page
24   to the About The Pond Guy page.
25 Q  Was it used in reference to a brand of products?

## Page 85

1  A  It's typically referenced to Aquascape, the
2    business, and Wittstock, the person.
3  Q  Well, you did come across its use as an identifier
4    of Mr. Wittstock, like Greg Wittstock, a/k/a The
5    Pond Guy?
6  A  I did see that.
7  Q  You saw that in more than one place, right?
8  A  In more than one place on the website?
9  Q  Yes.
10 A  I don't know about the a/k/a.  But I saw it
11   throughout the website.
12          MR. GABRIEL:  Should we break
13   now?
14          MS. KLIMA:  Sure.
15      (WHEREUPON A RECESS WAS HAD)
16 Q  (By Mr. Gabriel continuing):  Let's continue to
17   look at the Concluding Opinions on page 30.
18      Bullet point two.  "In Google
19   and social media searches for the phrase The Pond
20   Guy, Aquascape has already bumped TPG from the
21   first position at some social media sites, and is
22   perfectly situated to take over the first position
23   in other searches, thus moving TPG to a lower, less
24   advantageous position."  That is one of your
25   opinions?

22  (Pages 82 to 85)

Douglas Bania
March 28, 2014

Page 86

1  A  Yes.
2  Q  Can you tell me if there's anything that The Pond
3     Guy could do at this point in time to address what
4     you opined may happen?
5  A  One more time, please.
6  Q  Is there anything The Pond Guy can do in the search
7     optimization universe or anywhere else to address
8     what you see as potentially happening, and that is
9     that Aquascape could take over first position in
10    other searches?
11 A  You mean is there a way that they could battle this
12    out with Aquascape?
13 Q  Through search optimization or anything else.
14 A  Because of this ramp up of Aquascape in the world
15    of social media and the fact they are appearing in
16    the second place, I don't have any facts as to what
17    they could do to combat that.  I think it's too
18    late for that.
19 Q  Well, if Aquascape is in second place now, how is
20    it that it is going to be in first place?
21       You say your opinion is that
22    Aquascape is perfectly situated to take over the
23    first position in other searches.  I assume you are
24    talking about social media, right?
25 A  Yeah.

Page 87

1  Q  Let me give you the question.
2       The question is is there
3     nothing The Pond Guy can do to avoid Aquascape
4     taking over first place in the social media
5     searches where it is now not in first place?  Other
6     than a judge saying something?  I am not asking for
7     metaphysics.  I'm asking for in the universe of
8     searching.
9  A  Because of the perfect position of Aquascape in the
10    social media world coming up in the various social
11    media sites under The Pond Guy on twitter at The
12    Pond Guy, facebook pages at The Pond Guy, The Pond
13    Guys, that perfect storm is brewing there.  Also
14    Aquascape's website optimized to show up as The
15    Pond Guy, that is -- you can't fight that.
16 Q  It is your opinion that it is inevadible, they will
17    be first?
18 A  If this continues the way it is going, yes, they
19    are most likely take over first place.
20 Q  What is "if this continues"?
21 A  If the continued use of The Pond Guy by Aquascape
22    and Wittstock continues, they will most likely take
23    over the first place on the Google search result
24    and bump The Pond Guy to second.
25 Q  Okay.

Page 88

1  A  Or lower.
2  Q  And does that opinion that you just repeated, would
3     that be impacted in any way, shape or form by
4     either your further knowledge of any search engine
5     optimization steps that The Pond Guy has taken or
6     could take in the future?
7  A  So because I did not analyze The Pond Guy search
8     engine optimization techniques, but I can see what
9     the results are by looking at the search results in
10    social media and on Google.
11       The results are the facts.
12    Aquascape is coming up number two in the Google
13    search and Aquascape is coming up in first
14    positions on various social media sites.
15       To combat that based on The
16    Pond Guy SEO techniques, it's most likely that they
17    will lose that first position.
18 Q  Let me ask you something a little different about
19    that topic.
20       Do you provide consulting
21    services for search engine optimization currently?
22 A  It's part of my business practice, yes.
23 Q  Is it your testimony that if The Pond Guy asked
24    your company today is there something we can do
25    about this in terms of search engine optimization,

Page 89

1     that your answer would be there's nothing you can
2     do; they are going to be in first place?
3  A  I would first -- it probably would be a couple
4     phased project.  First phase would be to understand
5     what your competition is doing.  And it is
6     essentially what I would do here, recognize right
7     away that Aquascape is coming up first and second
8     and third and is known around the Internet as The
9     Pond Guy.  My advice would be to file a lawsuit.
10 Q  That wasn't my question.
11       The question is would you tell
12    The Pond Guy there's nothing you can do from a
13    search engine optimization perspective that can
14    prevent Aquascape from reaching position number one
15    in all social media that you've discussed?
16 A  You could give it -- you know, it would be gloves
17    off in the mud and go do your optimizing
18    techniques.  Talk to twitter, try to get At The
19    Pond Guy taken away at Aquascape, talk to facebook.
20    You need to regain those accounts in order to win
21    that fight.
22 Q  I am not talking about a prohibition on use by
23    Aquascape of The Pond Guy.  I am asking whether
24    from a search engine optimization or other
25    techniques, would you be telling The Pond Guy

23  (Pages 86 to 89)

Douglas Bania
March 28, 2014

| Page 90 | Page 92 |
|---|---|

**Page 90**

1 there's nothing you can do short of getting some
2 court intervention or change in conduct by
3 Aquascape and Wittstock?
4 A  I would advise my client that it is going to be a
5 very difficult task if they kept pushing me and
6 said Doug, I want to spend my money and fight the
7 good fight.
8         You know, that's their choice.
9 But as a professional opinion, I would suggest
10 doing what they are doing now.
11 Q  So your report indicates -- let me ask you.
12         The analysis of positions in
13 Google search results and in the social website
14 positions is something that -- the data you got was
15 for some period of time in 2014, is that correct,
16 for all of that or did any of it go back earlier?
17         I'm not asking you to guess.
18 You're opining The Pond Guy first Google for now,
19 but maybe not later.  Then you are talking about
20 position in facebook and twitter at the other ones
21 you mentioned.
22         Was the position that you're
23 calling out a position sometime in 2014?
24 A  I apologize.  Could you say it again?
25 Q  I want to know -- it's like a baseball ranking.

**Page 91**

1         Is the data who's in first
2 place and who is in second 2014 ranking, as opposed
3 to a different period of time?
4 A  The percent of click through based on search result
5 position is that data is dated when the article
6 that I referred to is.
7 Q  I am not referring to that.  I'm referring to --
8 I'm not being clear.  I'm sorry.
9         You say for search purposes
10 currently, whenever you are writing the report, The
11 Pond Guy is in first place for Google search
12 results?
13 A  Correct.
14 Q  You are saying where The Pond Guy is, Aquascape,
15 for facebook, twitter, you are indicating data
16 about what place they are in, correct?
17 A  Correct.
18 Q  As of when?
19 A  As in the date of my analysis.
20 Q  Meaning sometime in 2014, you signed it on a
21 certain day?
22 A  Yes.
23 Q  I don't think you did all the work the day you
24 signed it?
25 A  Right.

**Page 92**

1 Q  It's 2014, correct?
2 A  Yes.
3 Q  You have testified that a ramp up started -- and I
4 am using your words -- suddenly, explosion, ramp
5 up.  Again so I can have it in the question, what
6 is the time frame when you identify the ramp up
7 commencing?  The ramp up meaning how you
8 characterize Aquascape and Wittstock's activities
9 in the social media.
10 A  Sometime in 2013.
11 Q  Can you tell me what was the ranking on Google and
12 facebook and twitter, all the ones where you
13 discussed the ranking in 2014, what was the ranking
14 of Aquascape and The Pond Guy in 2012?
15 A  I don't know.
16 Q  I take it you don't know for any year before that
17 either, is that correct?
18 A  Correct.
19 Q  Okay.
20 A  I can look at, you know, Wittstock's own words and
21 his blog post about how, you know, the days of not
22 using the Internet are over, that was 2013, even
23 2014.  It's war online right now.  If you are left
24 behind, you are going to go out of business.
25 Q  My question is -- that's not my question.

**Page 93**

1         I am asking you whether you
2 have any information about the ranking on facebook,
3 Google search results, twitter, any of them as
4 between The Pond Guy and Aquascape from 2012 or
5 2011?
6 A  No.
7 Q  Your answer is no?
8 A  That's correct.
9 Q  Now, let's take 2012 before the ramp up you have
10 been testifying about.  Would it make any
11 difference to your analysis if the ranking is
12 exactly the same as it is now?
13 A  I would have to analyze that hypothetical.  That
14 situation, I don't have an opinion on that.  I
15 think the fact that the ramp up is happening is
16 important, and my testimony is that happened in
17 2013.
18 Q  But you don't have any data --
19 A  I do.
20 Q  -- to compare what happened -- the status of
21 ranking was before the ramp up to after, correct?
22 A  We are talking about a couple different things.
23 When you are talking about ranking as it relates to
24 search engine results, no, I'm not able to go back
25 in time, you know.  And I didn't.  I did that in

24  (Pages 90 to 93)

Douglas Bania
March 28, 2014

Page 94

```
1     2014.
2   Q  For search results where you are presenting data
3      about ranking in the results, right, first in
4      Google for The Pond Guy with maybe not for long, et
5      cetera, you don't have data that has allowed you to
6      do a before and after comparison of before the ramp
7      up here's where they ranked on social media and
8      Google, and after here is where they are; you
9      haven't done that comparison?
10  A  Okay.  I want to separate.  Let's talk about the
11     world of Google search results and then let's talk
12     about social media.
13  Q  Okay.
14  A  So when we are talking about Google search results,
15     no, I don't have any data.  It's just not provided.
16     If you look at social media, you can go back in
17     time and you can see how many posts, how many
18     likes.  You can see that there's more activity.
19         But as it results to the
20     actual search result, I don't have that -- I did
21     not search in 2012 and then in 2014.  But I can
22     look at the amount of activity on those social
23     media sites and see that there's more activity.
24     Therefore, they would move up higher in rankings.
25  Q  But you haven't done that analysis, correct?
```

Page 95

```
1   A  I have just looked at the social media posts,
2      likes, tweets, activity.  I have analyzed that
3      throughout the years.
4   Q  But not the ranking in the social meeting prior to
5      2014?
6   A  I did not do a search result comparison other than
7      the date of my report.
8   Q  So would you agree with me that you haven't
9      analyzed the impact on rankings of the ramp up that
10     you have been testifying about and that you discuss
11     in your opinion?
12  A  I analyzed the amount of activity that was done on
13     social media, and, you know, the push for more
14     Internet-related activity by Mr. Wittstock.
15  Q  Okay.
16  A  Because of that activity, one should -- a site
17     should come up higher in the search results.
18         The only thing I can base it
19     on is facts, SEO best practices, facebook best
20     practices, YouTube best practices.  Here is what
21     you do so you appear up top.  Aquascape is doing
22     that.
23  Q  But --
24  A  That is my analysis.
25  Q  But you don't know if it worked, right?
```

Page 96

```
1   A  It's working, yes, it is working.
2   Q  But you don't have a comparison to where it was
3      before.
4   A  All I need to tell you is it is working right now.
5   Q  Comparatively to pre-ramp up?
6   A  I am not talking about comparatively.
7   Q  That's what I'm asking you.  I know you understand
8      my question.
9          Let me repeat the question so
10     you understand it clearly.
11         I am asking you to confirm
12     that you have not analyzed the impact on rankings
13     of the ramp up that you are testifying to.  And by
14     rankings, I mean first on Google where The Pond Guy
15     is.  The ranking, you have a current set of
16     rankings in your report.  You testify there is a
17     ramp up by Aquascape and Wittstock on social media.
18         And whether that worked for
19     ranking purposes, you don't have that analysis
20     because you have nothing before to compare it to?
21  A  I don't need it.
22  Q  You don't need it to compare the impact on
23     rankings?
24  A  My testimony is I did not compare rankings prior to
25     2014.  But I can tell you the results in the
```

Page 97

```
1      rankings is due to the activity, the amount of
2      activity, which is a lot, which is ramped up,
3      that's happening now with Aquascape.
4   Q  What about whether there was a change in the
5      results of 2012, you can't tell me anything about
6      if there was one, let alone what it's attributable
7      to?
8   A  I can tell you, only talking social media side, you
9      can see there's a lot more activity on social
10     media.  But you might not understand how all this
11     works.  I could get into some more details.
12         But the more activity and the
13     more tweets you do and the more people that like
14     the tweet and retweet it or if you do a facebook
15     post, you do more of them and more people like them
16     and share them, all that activity goes viral.
17     Therefore, your rankings go up.
18  Q  You're telling me the elements should give you a
19     higher ranking?
20  A  The amount of activity, yes.
21  Q  You're concluding the amount of activity went up,
22     so the rankings must have changed between 2012 and
23     2014?
24  A  I'm saying that due to the fact that there is a lot
25     more activity on social media, that their rankings
```

25  (Pages 94 to 97)

Douglas Bania
March 28, 2014

Page 98

1    are high.
2    Q  But you can't opine whether they are higher than
3        they were because you just don't know what they
4        were?
5    A  I don't know the exact number, but I can tell you
6        that the fact that they are doing more in the
7        social media space, that assists them to rank
8        higher.
9    Q  I think you said a couple things about conversion
10       rates.  What do you mean by that?
11   A  What did I say?
12   Q  You made comments about clicks and clicks convert
13       to sales.  I mean is that something that has
14       anything to do with what you're reporting on?
15   A  Well, I was not provided the Google Analytics for
16       Aquascape.
17              If you look at Aquascape's
18       code, you have Google Analytics installed.  I was
19       not given that access.  So therefore, I cannot talk
20       about how much traffic is going to Aquascape.com
21       due to the search of The Pond Guy.  I don't know
22       their conversion rates.  I don't know their profit
23       margins.
24   Q  Okay.
25   A  But the first step is to get into the Google

Page 99

1    Analytics and understand what traffic is going to
2    their site and why.  I was not given that
3    information.  I asked for it; did not receive it.
4    Q  Can you tell me --
5              MS. KLIMA:  For the record, we
6    have asked for it and not received it.
7    Q  (By Mr. Gabriel continuing):  Can you tell me
8    anything about conversion rates as it relates to
9    facebook or twitter?
10   A  I can tell you in a general sense that businesses
11   use these social media tools to, you know, get
12   people to go to their website and purchase their
13   products.  You know, each company varies as it
14   relates to what their conversion rates and profit
15   margins are.
16   Q  Nothing specific as it relates to the companies in
17   this case, correct, in terms of conversion rates
18   from facebook?
19   A  I have not analyzed those conversion rates.
20   Q  Let me ask you to look at page 26 for a minute in
21   your report.  This is all Exhibit 5.
22              At the very last paragraph the
23   first sentence says, "Aquascape and Wittstock's use
24   of social media has created a growing volume of
25   posts, messages, images and other content."

Page 100

1              Do you have any information
2    about TPG's use of social media and whether it has
3    created a growing volume of posts, messages, images
4    and other content?
5    A  No.
6    Q  Do you have any information that allows you to
7    opine that Aquascape's use of the phrase The Pond
8    Guy has increased its sales?
9              I am distinguishing that from
10   your first conclusion on page 30 where you say
11   Aquascape is strategically using the phrase The
12   Pond Guy which leads to more website traffic and
13   potentially increased sales.
14              I am trying to understand your
15   opinion.  It says what it says, but the activities
16   could potentially increase sales.
17              Do you have any information
18   that the use of The Pond Guy by Aquascape has
19   increased its sales?
20   A  No, I don't.
21   Q  The other part of that conclusion says likely at
22   the expense of TPG's website traffic and sales.
23              Again, you don't have any
24   evidence, since you can't opine that the web
25   activities using The Pond Guy of Aquascape have

Page 101

1    increased its sales, I take it you can't opine that
2    any such sales would likely be at the expense of
3    The Pond Guys website and its sales, right?
4    A  I don't have an opinion on that right now.
5    Q  You don't have any information about whether
6    there's any overlap whatsoever between customers
7    who purchase products or services from The Pond Guy
8    and the customers who purchase products or services
9    from Aquascape, is that correct?
10   A  I'm not saying I'm a pond expert.  But both
11   businesses are in the same business, selling pond
12   supplies.
13   Q  But the answer to my question is you don't know if
14   they have any of the same customers, right?
15   A  I don't know if they have the exact -- if they both
16   have the same customers.  I don't know.
17   Q  When you say they are in the same business --
18              MR. GABRIEL:  Can we have the
19   answer read back?
20         (WHEREUPON THE LAST ANSWER WAS
21         READ BACK BY THE COURT REPORTER)
22              MR. GABRIEL:  Let's take five
23   minutes.
24         (WHEREUPON A RECESS WAS HAD)
25   Q  (By Mr. Gabriel continuing):  Have you ever heard

26  (Pages 98 to 101)

Douglas Bania
March 28, 2014

Page 102

1    of Alexa.com?
2    A  Yes.
3    Q  Can you tell me what that is?
4    A  Alexa.com is a -- I believe it is a site -- it
5    ranks websites compared to other websites.
6    Q  Have you had occasion to use it in any way in any
7    work that you do?
8    A  Not that I recall.  But I have used Alexa looking
9    at how Alexa ranks a website in the world wide web.
10   Q  I mean do you have any opinion about whether it
11   provides useful information?  I am trying to find
12   out what you think of it one way or another.
13   A  I don't.  I think in the right context it could,
14   the ranking of the site compared to another
15   possibly.
16   Q  Did you look at that at all in connection with this
17   particular work on this case?
18   A  Not that I recall.
19   Q  Have you completed your work on this matter to
20   date?
21   A  To date, yes.
22   Q  Have you been asked to do any additional work?
23   A  I have not.
24          MR. GABRIEL:  No further
25   questions.

Page 103

1          EXAMINATION
2    BY MS. KLIMA:
3    Q  I just have a couple questions.  This may already
4    be on the record, but I want to make sure it is
5    clear.
6          Do you currently have the
7    information you need to give an opinion on the
8    actual impact of Aquascape's increased activity on
9    sales?
10   A  No.  Was the question do I have?
11   Q  Do you currently have all the information you would
12   need?
13   A  No.
14   Q  What information would you need?
15   A  I would need, as I mentioned, the Google Analytics.
16   I would need sales records.  I would need, you
17   know, conversion rates, profit margins.
18          MS. KLIMA:  Thank you very
19   much.
20          RE-EXAMINATION
21   BY MR. GABRIEL:
22   Q  I have some questions about that.
23          How would you go about it, if
24   you had all the information you just identified,
25   attribute sales to the use of The Pond Guy on the

Page 104

1    social media and Internet by Aquascape as compared
2    to any other reason or cause for either increased
3    or decreased sales?
4    A  You know, at this point without digging in, I don't
5    have an opinion on that.
6    Q  Do you have any methodologies that you used in the
7    past as a consultant or expert where you were
8    examining the use of a trademark on the Internet
9    and tried to determine the impact, if any, it had
10   on the sales of the product or services of the
11   company using that Mark?
12   A  Yes.
13   Q  What methodologies have you used?
14   A  The first step in that example -- I would like at
15   the Google Analytics and determine what traffic is
16   being driven to the Aquascape website from somebody
17   using the term The Pond Guy or Pond Guy.
18   Q  Okay.  You said that is the first step?
19   A  Yes.
20   Q  And then?
21   A  Then I don't know where I would go from there, but
22   I would definitely learn a lot from that.
23   Q  You do something with that information but right
24   now you can't articulate exactly what it would be
25   that you would do?

Page 105

1    A  Yes.  For an example, you could follow the --
2    someone hits the website.  And based on that search
3    term, where did they go.  Look at the traffic
4    patterns.
5    Q  Have you done analyses like the one you are talking
6    about before?
7    A  Yes.
8    Q  Ultimately did you get to the issue of somebody
9    came to the website based upon using a certain
10   search term and they purchased on that visit, have
11   you addressed the issue of how do you attribute
12   whether the sale was caused by or related to how
13   the person got to the website as opposed to the
14   product being sold, the reputation of the business,
15   have you addressed that type of analysis?
16   A  I have.
17   Q  In what context have you addressed it?
18   A  I would call that an apportionment analysis.  So I
19   would apportion typically -- I would be looking at
20   profits, what percent of the profit is due to the
21   use of that phrase.
22          I could, you know, on the
23   unjust enrichment side of it, go that way.  Then on
24   the other side, the lost profit side, that is a
25   lost sale to the other company.

27  (Pages 102 to 105)

Douglas Bania
March 28, 2014

Page 106

1  Q  Did you do that analysis in any of the cases that
2     are listed in your report as your experience that
3     we talked about this morning?
4  A  On the cases this morning, I did not -- I did list
5     -- I did -- let's think about that.
6  Q  Just so the question is precise, you understand
7     what I am asking, right, which is have you done
8     what you just described, which is you look at a
9     phrase or Mark, follow through with did people --
10    the metrics of getting to the website and then do
11    the apportionment analysis.
12           Have you done that which you
13    described which you said you have done in the past,
14    have you done that in any of the cases on the list,
15    Mr. Bania?
16 A  Two answers to this.
17           As it relates to the Internet
18    related clients I told you about, I did look at the
19    unjust enrichment.  I did not receive the financial
20    information to look into lost profits.
21           Other cases that I have here
22    deal with copyright infringement in the apparel
23    industry.  There is an apportionment analysis
24    there.  I dont' know if you want to hear about
25    that?

Page 107

1  Q  No, I don't need to hear about that.
2           MR. GABRIEL:  No further
3     questions.
4           MS. KLIMA:  Nothing.  Thank
5     you very much.
6        (WHEREUPON DEPOSITION CONCLUDED AT
7           APPROXIMATELY 12:22 P.M.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 108

1               CERTIFICATE
2  STATE OF MICHIGAN
3  COUNTY OF OAKLAND
4
5           I, Ann Marie Myers-Boothe, a Notary
6  Public in and for the above county and state, do hereby
7  certify that this deposition was taken before me at the
8  time and place hereinbefore set forth; that the witness
9  was by me first duly sworn to testify to the truth; that
10 this is the true, full and correct transcript of my
11 stenographic notes so taken; and that I am not related,
12 nor of counsel to either party, nor interested in the
13 event of this cause.
14
15
16
17
18
19 _____
20 ANN MARIE MYERS-BOOTHE, C.S.R.-5543
21 Notary Public, Oakland County, Michigan,
22 My Commission Expires:  01-10-17
23
24
25

28  (Pages 106 to 108)